# EXHIBIT 1

 **CT Corporation**

TO:    CSX Legal Papers
    CSX Corporation
    500 Water St, C160
    Jacksonville, FL 32202-4423

RE:    **Process Served in Tennessee**

FOR:    CSX Transportation, Inc.  (Domestic State: VA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | CANDY ANGELL, et al., Pltfs. vs. CSXT TRANSPORTATION, INC., et al., Dfts. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Blount County Circuit Court, TN Case # L19942 |
| **NATURE OF ACTION:** | Property Damage Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Knoxville, TN |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 07/09/2018 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Tennessee |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Craig L. Garrett Craig L. Garrett, ATTORNEY AT LAW PLLC 607 Smithview Dr. Maryville, TN 37803 (865) 984-8200 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/11/2018, Expected Purge Date: 07/16/2018 |
| | Image SOP |
| | Email Notification, CSX Legal Papers  LegalPapersIntake@csx.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 300 Montvue RD Knoxville, TN 37919-5546 |
| **TELEPHONE:** | 312-345-4336 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not contents.



## DAVIS & WHITLOCK

ENVIRONMENTAL LAW

21 BATTERY PARK AVENUE, SUITE 206
ASHEVILLE, NC 28801



OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**



7015 1730 0002 3927 2218



$8.46 0
US POSTAGE
FIRST-CLASS
062S0010229389
28801

CSXT Transportation, Inc.
c/o CT Corporation System
300 Montvue Road
Knoxville, TN 37919

| | | |
|---|---|---|
| Angell, et al., _____ v. _____ CSXT Transportation, Inc., et al. | **STATE OF TENNESSEE** **CIVIL SUMMONS** page 1 of 1 | **Case Number** L-19942. |

| Served On: | CSXT Transportation, Inc. |
|---|---|
| | c/o CT Corporation System, 300 Montvue Road, Knoxville, TN 37919 |

You are hereby summoned to defend a civil action filed against you in ___Maryville, Blount___ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the required date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: ___June 29, 2018___

Craig Garrett, Attorney at Law

Clerk / Deputy Clerk - _____

Attorney for Plaintiff: ___607 Smithview Drive___
___Maryville, TN 37803___

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA §26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to execute it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

### CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

Clerk / Deputy Clerk – _____

| OFFICER'S RETURN: Please execute this summons and make your return within ninety (90) days of issuance as provided by law. |
|---|

I certify that I have served this summons together with the complaint as follows:

Date: _____ By: _____
Please Print: Officer, Title

_____
Agency Address                                         Signature

RETURN ON SERVICE OF SUMMONS BY MAIL: I hereby certify and return that on ___7/3|18___, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____
Notary Public / Deputy Clerk (Comm. Expires_____)

_____
Signature of Plaintiff                    Plaintiff's Attorney (or Person Authorized to Serve Process)
(Attach return receipt on back)

_ADA: If you need assistance or accommodations because of a disability, please call _____ _____, ADA Coordinator, at _____

Rev. 8/05/10

**DEFENDANT'S COPY**

# IN THE CIRCUIT COURT FOR BLOUNT COUNTY, TENNESSEE

CANDY ANGELL, PATSY ABBOTT ROY, )
ADAN ALONSO, AMANDA ALONSO, )
MIKHAYLA BALLARD, STEVEN BANTON, )
JOSHUA BANTON, DONNA BANTON, )
RHONDA BARKER, AUSTIN BASS, ASHLEY )
BATTS, PEGGY BEAL, ZACHARY BEAL, )
JAMES BEATY, ROGER BEST, SHEILA BEST, )
PATRICIA BITTLERS, DAVID BITTLERS, )
JACOB BITTLES, TARA BOCK, MARYANN )
BOCK, GINNA BOCK, ALAN BOCK, DEVIN )
BOYD, CYNTHIA BRADSHAW, MICHAEL )
BRADSHAW, SUSAN BRIGGS, KIMBERLY )
BROWN, LAVRIN BROWN, KAI BROWN, )
SUHN BROWN, GLENDA BRYANT, MARY )
BRYANT, ROBERT BRYANT, LAWRENCE )
BURCHFIELD, DERRICK BURCHFIELD, )
JOYCE CABLE, CHAY CANADAY, MARIAN )
CANTLEY, ROBERT CANTLEY, GEORGIA )
CARR, STACY CARTER, LISA CARTER, )
LINDA CATES, IRENE CLEMENTS, CINDY )
CLEPPE, CONNIE CLEVELAND , JOHN )
CLEVELAND , SHIRLEY CLOWNEY, CATO )
CLOWNEY, JR, KATHY COCHRAN, )
CHRISTINA CODY, JOE CODY, CHRISTINA )
CODY, JOHN CODY, RACHEL COLE, )
JEANETTE COLLINS, SAMANTHA COLLINS, )
ALEXANDER COLLINS, JOELLA COLLINS, )
SAMUEL COLLINS, ELIZABETH COLLINS, )
CHARLES COLLINS, LORA COOPER, )
SAMANTHA COOPER, DIANA COOPER, )
BRITTANY COOPER, REBECCA COOPER , )
DIANE COTE, KRYSTAL CRAWFORD, )
CHARLES CROWE, PATRICIA CRUME, )
LESA CUMMINGS, MARIA CUTLER, )
TAHEERA DACOSTA, CHAU DANG, LILLIAN )
DANIELS, DONNA DEBUTY , JAKE DEBUTY )
, LISA DECKER, DAVID DELFYETTE, IVA )
DELLINGER, STEPHEN DELLINGER, )
LUTHER DENTON, MAJOR DICKERSON, )
RHONDA DICKERSON, JOHN DILLY, )
MICHAEL DONALDSON, AMANDA DOTSON, )
SIERRA DOUGLAS, MARVIN DUNCAN, )
BRENDA DUNCAN, NGA DUONG, DICK )
ECKHOFF, DAVID EDGAR, AMANDA )



FILED
12:05 AM ☐ 12
JUN 2 9 2018
TOM HATCHER
CIRCUIT COURT CLERK

Case No.: L-19942

1

ERVIN, KIPPER EVANS, SARAH EVANS, )
PATRICIA EVANS, DILLARD EVANS, )
WILLIAM EVERETT, SHANNON EVERETT, )
CARL FAGG, FLORENCE FAGG, MICHAEL )
FAGG, MATTHEW FARR, ROBERT FARR, )
JR., JOSE FELIX, KENNETH FIELDS, )
THOMAS FIFE, CHARLES FINLEY, GLENN )
FINLEY, LYNDA FLYNN, JOHN FORD, )
JAMES FRALEY, CARLEY FRANCIS, GARY )
FRANK, WENDY FRANK, JACK FRESHOUR, )
CYNTHIA FRESHOUR, DEREK FULLER, )
MELODY FULLER, CURTIS FULLER, MARK )
GALLAGHER, ANGELA GALLAGHER, JOE )
GAMBLE, NOEL GARCIA, KAREN )
GARLAND, STEPHANIE GASCHE, )
CAMERON GASCHE, LISA GASCHE, )
VANESSA GIBBS, WHITNEY GILBERT, )
DARREN GILLESPIE, ANGELA GOLDBERG, )
ISAI GOMEZ, BRIANA GOODMAN, )
ELIZABETH GOODMAN, BRAD GOODSON, )
APRIL GOODYKOONTZ, STEVEN )
GOODYKOONTZ, SAMUEL GREEN, )
ROBERT GREGORY, WANDA GREGORY )
ANDERSON, GEORGE HALL, NATASHA )
HALL, TAMMY HALL, HEATH HANLEY, )
LAMAR HANNUM, PHYLLIS HARDIN, )
WILLIAM HARGUTH, PHYLLIS HARRISON, )
JONATHAN HATCHER, JERRY HATCHER, )
SARAH HEADRICK, FAYE HEARON, GAGE )
HEMBREE, TRACIE HENDRICKS, WILLIAM )
HENDRICKS, MARY HENRY, AMBER )
HICKMAN, ROBERT HIGGINS, RICHARD )
HILL, CARLEY HILTON, DONALD HOLDER, )
SHARON HOLDER, WANDA HOLLAND, )
CLARETTA HOLT, KAYLA HOWARD, )
GINGER HUBBARD, TEDDY HUBBARD, )
HAROLD HUBBARD, MARK HUFFSTETLER, )
MARY HUGHES, ANGEL HUMPHREY, )
WANDA HUMPHREY, MATTHEW HURST, )
HOWARD HURST, MIKE HURST, SANDRA )
INGLE, DONNA JACKSON, GEORGE )
JACKSON, JON JEFFRIES, TERRY JENKINS, )
DONNA JENKINS, TIM JENNINGS, )
BRITTANY JENSEN, CORY JOHNSON, )
PAMELA JOHNSON, TED JOHNSON, BAILEY )
JOHNSON, GERALDINE JONES, JEFFREY )

2

JONES, DEDRA JONES, STEVEN JONES, )
FRANKLIN JONES, NICHOLAS JORDAN, )
KATHI KAZER, ANGELA KEAN, LINDA KEY, )
BILLY KIRBY, SHAINA KIRKLAND, JANE )
KIVETT , EDWARD KLEMT, JESSE LANDS, )
BRIAN LANE, CRYSTAL LAWSON, BOBBY )
LEWIS, MITCHELL LIGHT, ELISE LINDSAY, )
BRENDA LINDSEY, JAN LOEB, BLAKE )
LONG, HAROLD LOVEDAY, GEORGIA )
LOVEDAY, REBECCA LOVEDAY-HARPER, )
JESSICA LOY, MAKALI LOY, CHERYL )
LUNDY, CHARLES LUNDY, JOHN )
MACOMBER, REBECCA MAPLES, JOSHUA )
MAPLES, ROSE MARLEY, MIGDALIA )
MARRERO, BOBBY MARSHALL, ANNETTE )
MARSHALL, EDWARD MCADAMS, PAMELA )
MCADAMS, MICHAEL MCBEE, LISA )
MCBEE, STEVEN MCBEE, KINNIE )
MCCAULEY, AMANDA MCCORMICK, )
SHERRY MCKEE, ROSA MCKELVEY, )
EDWARD MCLAUGHLIN, BRANDON )
MCLAUGHLIN, DAVID MCNISH, NICOLE )
MEAUX, CATHERIN MELCHERT, CHARLES )
MILLER, WILLIAM MIMS, STACEY MINOR, )
SHANNON MINOR, ANNA MIRACLE, )
KATYA MONLEOU, CONNIE )
MONTGOMERY, WILLIAM MONTGOMERY, )
NAVADA MOORE, CAMERON MORELAND, )
JOHN MULHAUSER, STEVEN MULL, JASON )
MURPHY, BRIAN MYERS, BETTY )
NARVESON, CLAYTON NARVESON, )
ELIZABETH NAVARRE, DIANE NEGELE, )
ROBERT NEGELE, BRIAN NEGELE, )
DARREN NELSON, MICHAEL NELSON, )
ANGELA NEWMAN, TARA OAKS, )
CHRISTOPHER OAKS, TAMMY OGLE, )
MICHAEL OGLE, JODY OHSICK, )
FREDERICK OHSICK, III, MICHAEL )
OLDHAM, TINA OLDHAM, JOHN OLDHAM, )
JR., MARY LOUISE OLESON, DENNIS )
OLSEN, JAMIE OLSEN, MIRANDA OUSLEY, )
FRED OWNSBY, TERESA OWNSBY, ASHLEY )
PARROTT, DARLENE PATTERSON, )
BARBARA PAYNE, FLORA PAYNES, ALMA )
PEREZ, SABRINA PERKINS, MEGAN )
PINNER, SERENA POLAND, DYLAN )

3

POWERS, BRADLEY PRATT, REBECCA )
PRESSENELL, TRAVIS PRUETT, )
ELIZABETH PRUETT, FELICIA PULLEY, )
JOSH PULLEY, DENNIS PURKEY, RON )
PYRON, PAM PYRON, CHARLES RANDLES, )
MIRIAM REYES, MONICA REYES, LUIS )
REYES , SAMANTHA REYNA, MARCELLA )
RICKS, MICHAEL RICKS, MICHAEL )
RINGER, LIN RINGER, TONYA RIVERA, )
ASHLEY ROBBINS, JOSEPH ROBBINS, )
RALPH ROBERTS, ADA GRACE ROBERTS, )
GARY ROGERS , ANGELA ROLEN, KATIE )
ROSE, TYLER RUCKER, MARCO RUFFO, )
BRENDA RUTHERFORD, GEORGE SAMUEL, )
GLORIA SANDERS, RALPH SANDERS, JOHN )
SELL, SHIRLEY SHANNON, GLENN SHEETS, )
LUCY SHEETS, SHARON SHIELDS, LINDSEY )
SHINLEVER, MISTY SHINLEVER, CAROLYN )
SHOFFNER, REED SHOFFNER, DAVID )
SHROYER, HENRY SHROYER, CHARLIE )
SNORES, GARY SPRINGSTEND, CHRISTINA )
STATKUS, MICHAEL STEGALL, PATRICIA )
STEGALL, ERIC STEMPFLEY, GREGORY )
STOREY, TIMOTHY SWARTZ, DEBORAH )
TALLENT, BARBARA TAYLOR, STEVEN )
TAYLOR, ROWENA TIPTON, JON TIPTON, )
JANICE TIPTON, STEVE TIPTON, CINDY )
TIPTON, BRANDE TULLOCK, RUSSELL )
URBAN, ROBERT VALENTINE, HEIDI )
VALENTINE, RAYMOND VESS, TERRI VESS, )
CAROLINA VIDAL, JASON VILCHEZ, )
DEBORAH WADDELL, TROY WALKER, )
CRYSTAL WALL, JEFFERY WALLACE, )
JOSHUA WALLACE, TRINITY WALLACE, )
KYLE WALTON, EDWARD WALTON, )
CHARLES WALTON, CATHERYN WALTON, )
EUGENE WARD, GERRIT WARD, CONTINA )
WARD , RHONDA WARD-TODD, KIMBERLY )
WARE, TONIE WARE, CARRY WARREN, )
KAREN WARREN, BOB WATSON, SHELBY )
WATTS, WILLIAM WATTS, EMORY )
WEAVER, JENNINE WEILAND, NICK )
WEILAND, NICK WEILAND, JR., AUSTIN )
WEST, ELIZABETH WHEELER, KELSEY )
WHITEHEAD, JEFFREY WHITEHEAD, )
RANDY WILBURN, CLARENCE WILLIAMS, )

4

CANDACE WILLIAMS, JOHNATHAN )
WILLIAMS, JESSECA WILSON, LINDA )
WILSON, ARNEQUA WREN, KEVIN YANICK, )
and JESSICA YOAKUM, BONNIE YOUNG, )
)
              Plaintiffs, )
)
v. )
)
CSXT TRANSPORTATION, INC., RALPH )
BRACKETT, MICHAEL PUCKETT, and )
UNION TANK CAR COMPANY, )
)
              Defendants.

## COMPLAINT

Plaintiffs bring this suit against CSXT Transportation, Inc. ("CSXT"), Ralph Brackett,

Michael Puckett, and Union Tank Car Company ("UTLX"), and allege as follows:

## NATURE OF THE ACTION

1.      Pursuant to Rule 20.01 of the Tennessee Rules of Civil Procedure, this is a joint

action brought on behalf of each of the named plaintiffs seeking compensatory damages arising out

of the same occurrence including questions of law and fact common to all these Plaintiffs. Plaintiffs

sue Defendants for private nuisance and negligence as a result of the catastrophic derailment of a

train hauling toxic chemicals in Maryville, Blount County, Tennessee, on or about July 1, 2015

("Train Derailment"). The resulting fire and release of toxic chemicals, including acrylonitrile and

hydrogen cyanide, into the air, soil, and water has caused direct and substantial damages to Plaintiffs

as more fully described below.

## PARTIES

1.      Plaintiff Candy Angell is a citizen of the State of Tennessee who resided on and

owned an interest in real property at 702 Black Forest Drive, Maryville, TN 37801 on July 1, 2015,

and suffered damages as a result of the train Derailment and toxic chemical fire described in this

5

Complaint.

2.     Plaintiff Patsy Abbott Roy is a citizen of the State of Tennessee who resided on and owned an interest in real property at 105 Foothills Village Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

3.     Plaintiff Adan Alonso is a citizen of the State of Tennessee who resided on and owned an interest in real property at 237 Arabian Lane, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

4.     Plaintiff Amanda Alonso is a citizen of the State of Tennessee who resided on and owned an interest in real property at 237 Arabian Lane, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

5.     Plaintiff Mikhayla Ballard is a citizen of the State of Tennessee who resided on and owned an interest in real property at 108 Villa Ct., Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

6.     Plaintiff Steven Banton is a citizen of the State of Tennessee who resided on and owned an interest in real property at 2073 Grey Ridge Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

7.     Plaintiff Joshua Banton is a citizen of the State of Tennessee who resided on and owned an interest in real property at 2073 Grey Ridge Road, Maryville, TN 37801 on July 1, 2015,

6

and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

8. Plaintiff Donna Banton is a citizen of the State of Tennessee who resided on and owned an interest in real property at 2073 Grey Ridge Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

9. Plaintiff Rhonda Barker is a citizen of the State of Tennessee who resided on and owned an interest in real property at 635 Old Glory Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

10. Plaintiff Austin Bass is a citizen of the State of Tennessee who resided on and owned an interest in real property at 193 Watson Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

11. Plaintiff Ashley Batts is a citizen of the State of Tennessee who resided on and owned an interest in real property at 128 Bridgeway Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

12. Plaintiff Peggy Beal is a citizen of the State of Tennessee who resided on and owned an interest in real property at 415 Pinebark Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

13. Plaintiff Zachary Beal is a citizen of the State of Tennessee who resided on and

7

owned an interest in real property at 415 Pinebark Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

14.     Plaintiff James Beaty is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1716 Middlesettlements Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

15.     Plaintiff Roger Best is a citizen of the State of Tennessee who resided on and owned an interest in real property at 2022 Alnwick Boulevard, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

16.     Plaintiff Sheila Best is a citizen of the State of Tennessee who resided on and owned an interest in real property at 2022 Alnwick Boulevard, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

17.     Plaintiff Patricia Bittlers is a citizen of the State of Tennessee who resided on and owned an interest in real property at 120 S. Glory Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

18.     Plaintiff David Bittlers is a citizen of the State of Tennessee who resided on and owned an interest in real property at 120 S. Glory Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

8

19. Plaintiff Jacob Bittlers is a citizen of the State of Tennessee who resided on and owned an interest in real property at 120 S. Glory Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

20. Plaintiff Tara Bock is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1629 Loch Leigh Way, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

21. Plaintiff Maryann Bockis a citizen of the State of Tennessee who resided on and owned an interest in real property at 1629 Loch Leigh Way, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

22. Plaintiff Ginna Bock is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1629 Loch Leigh Way, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

23. Plaintiff Alan Bock is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1629 Loch Leigh Way, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

24. Plaintiff Devin Boyd is a citizen of the State of Tennessee who resided on and owned an interest in real property at 802 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described

9

in this Complaint.

25.    Plaintiff Cynthia Bradshaw is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1707 Burnside Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

26.    Plaintiff Michael Bradshaw is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1707 Burnside Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

27.    Plaintiff Susan Briggs is a citizen of the State of Tennessee who resided on and owned an interest in real property at 203 Michelle Place, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

28.    Plaintiff Kimberly Brown is a citizen of the State of Tennessee who resided on and owned an interest in real property at 151 Desimone Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

29.    Plaintiff Lavrin Brown is a citizen of the State of Tennessee who resided on and owned an interest in real property at 267 Stone Tree Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

30.    Plaintiff Kai Brown is a citizen of the State of Tennessee who resided on and owned an interest in real property at 827 Proffitt Springs Road, Maryville, TN 37801 on July 1, 2015, and

10

suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

31.    Plaintiff Suhn Brown is a citizen of the State of Tennessee who resided on and owned an interest in real property at 827 Proffitt Springs Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

32.    Plaintiff Glenda Bryant is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1721 Lively Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

33.    Plaintiff Mary Bryant is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1120 Oak Grove Road, Madisonville, TN 37354 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

34.    Plaintiff Robert Bryant is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1120 Oak Grove Road, Madisonville, TN 37354 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

35.    Plaintiff Lawrence Burchfield is a citizen of the State of Tennessee who resided on and owned an interest in real property at 408 Glen Echo Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

36.    Plaintiff Derrick Burchfield is a citizen of the State of Tennessee who resided on

11

and owned an interest in real property at 846 Proffitt Springs Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

37.    Plaintiff Minnie Burns is a citizen of the State of Tennessee who resided on and owned an interest in real property at 143 Hampton Park Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

38.    Plaintiff Joyce Cable is a citizen of the State of Tennessee who resided on and owned an interest in real property at 153 Mimosa Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

39.    Plaintiff Chay Canaday is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1358 Middlesettlements Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

40.    Plaintiff Marian Cantley is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1430 Cottage Glen Lane, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

41.    Plaintiff Robert Cantley is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1430 Cottage Glen Lane, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

12

42.     Plaintiff Georgia Carr is a citizen of the State of Tennessee who resided on and owned an interest in real property at 228 Arabian Lane, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

43.     Plaintiff Stacy Carter is a citizen of the State of Tennessee who resided on and owned an interest in real property at 802 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

44.     Plaintiff Lisa Carter is a citizen of the State of Tennessee who resided on and owned an interest in real property at 113 Desimone Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

45.     Plaintiff Linda Cates is a citizen of the State of Tennessee who resided on and owned an interest in real property at 204 Michelle Place, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

46.     Plaintiff Irene Clements is a citizen of the State of Tennessee who resided on and owned an interest in real property at 115, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

47.     Plaintiff Cindy Cleppe is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1016 Honeysuckle Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

13

48.     Plaintiff Connie Cleveland is a citizen of the State of Tennessee who resided on and owned an interest in real property at 128 Villa Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

49.     Plaintiff John Cleveland is a citizen of the State of Tennessee who resided on and owned an interest in real property at 128 Villa Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

50.     Plaintiff Shirley Clowney is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1919 Smoky View Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

51.     Plaintiff Cato Clowney, Jr. is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1919 Smoky View Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

52.     Plaintiff Kathy Cochran is a citizen of the State of Tennessee who resided on and owned an interest in real property at 139 Watson Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

53.     Plaintiff Christina Cody is a citizen of the State of Tennessee who resided on and owned an interest in real property at 604 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described

14

in this Complaint.

54.     Plaintiff Joe Cody is a citizen of the State of Tennessee who resided on and owned an interest in real property at 604 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

55.     Plaintiff John Cody is a citizen of the State of Tennessee who resided on and owned an interest in real property at 604 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

56.     Plaintiff Rachel Cole is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1358 Middlesettlements Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

57.     Plaintiff Jeanette Collins is a citizen of the State of Tennessee who resided on and owned an interest in real property at 709 Hi View Lane, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

58.     Plaintiff Samantha Collins is a citizen of the State of Tennessee who resided on and owned an interest in real property at 845 Proffitt Springs Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

59.     Plaintiff Alexander Collins is a citizen of the State of Tennessee who resided on and owned an interest in real property at 845 Proffitt Springs Road, Maryville, TN 37801 on July

15

1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

60.    Plaintiff Joella Collins is a citizen of the State of Tennessee who resided on and owned an interest in real property at 845 Proffitt Springs Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

61.    Plaintiff Samuel Collins is a citizen of the State of Tennessee who resided on and owned an interest in real property at 845 Proffitt Springs Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

62.    Plaintiff Elizabeth Collins is a citizen of the State of Tennessee who resided on and owned an interest in real property at 845 Proffitt Springs Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

63.    Plaintiff Charles Collins is a citizen of the State of Tennessee who resided on and owned an interest in real property at 845 Proffitt Springs Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

64.    Plaintiff Lora Cooper is a citizen of the State of Tennessee who resided on and owned an interest in real property at 230 Mimosa Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

65.    Plaintiff Samantha Cooper is a citizen of the State of Tennessee who resided on and

16

owned an interest in real property at 236 Arabian Lane, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

66.     Plaintiff Diana Cooper is a citizen of the State of Tennessee who resided on and owned an interest in real property at 217 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

67.     Plaintiff Brittany Cooper is a citizen of the State of Tennessee who resided on and owned an interest in real property at 902 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

68.     Plaintiff Rebecca Cooper is a citizen of the State of Tennessee who resided on and owned an interest in real property at 313 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

69.     Plaintiff Diane Cote is a citizen of the State of Tennessee who resided on and owned an interest in real property at 151 Desimone Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

70.     Plaintiff Krystal Crawford is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1358 Middlesettlements Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

17

71. Plaintiff Charles Crowe is a citizen of the State of Tennessee who resided on and owned an interest in real property at 142 Villa Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

72. Plaintiff Patricia Crume is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1727 Inverness Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

73. Plaintiff Lesa Cummings is a citizen of the State of Tennessee who resided on and owned an interest in real property at 620 Kian Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

74. Plaintiff Maria Cutler is a citizen of the State of Tennessee who resided on and owned an interest in real property at 531 Evelyn Lane, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

75. Plaintiff Taheera DaCosta is a citizen of the State of Tennessee who resided on and owned an interest in real property at 914 Muirfield Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

76. Plaintiff Chau Dang is a citizen of the State of Tennessee who resided on and owned an interest in real property at 104 Villa Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

18

77.     Plaintiff Lillian Daniels is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1918 Big Springs Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

78.     Plaintiff Donna Debuty is a citizen of the State of Tennessee who resided on and owned an interest in real property at 331 Oakdale Street, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

79.     Plaintiff Jake Debuty is a citizen of the State of Tennessee who resided on and owned an interest in real property at 331 Oakdale Street, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

80.     Plaintiff Lisa Decker is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1930 Morgantown Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

81.     Plaintiff David Delfyette is a citizen of the State of Tennessee who resided on and owned an interest in real property at 245 West Newton Street, Alcoa, TN 37701 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

82.     Plaintiff Iva Dellinger is a citizen of the State of Tennessee who resided on and owned an interest in real property at 113 Foothills Village, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this

19

Complaint.

83.     Plaintiff Stephen Dellinger is a citizen of the State of Tennessee who resided on and owned an interest in real property at 113 Foothills Village, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

84.     Plaintiff Luther Denton is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1615 Middlesettlements Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

85.     Plaintiff Major Dickerson is a citizen of the State of Tennessee who resided on and owned an interest in real property at 410 Glen Echo Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

86.     Plaintiff Rhonda Dickerson is a citizen of the State of Tennessee who resided on and owned an interest in real property at 410 Glen Echo Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

87.     Plaintiff John Dilly is a citizen of the State of Tennessee who resided on and owned an interest in real property at 128 Bridgeway Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

88.     Plaintiff Michael Donaldson is a citizen of the State of Tennessee who resided on and owned an interest in real property at 3711 Karma Lane, Louisville, TN 37777 on July 1, 2015,

20

and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

89.     Plaintiff Amanda Dotson is a citizen of the State of Tennessee who resided on and owned an interest in real property at 151 Desimone Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

90.     Plaintiff Sierra Douglas is a citizen of the State of Tennessee who resided on and owned an interest in real property at 535 Ward Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

91.     Plaintiff Marvin Duncan is a citizen of the State of Tennessee who resided on and owned an interest in real property at 155 Desimone Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

92.     Plaintiff Brenda Duncan is a citizen of the State of Tennessee who resided on and owned an interest in real property at 155 Desimone Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

93.     Plaintiff Nga Duong is a citizen of the State of Tennessee who resided on and owned an interest in real property at 104 Villa Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

94.     Plaintiff Dick Eckhoff is a citizen of the State of Tennessee who resided on and

21

owned an interest in real property at 410 Smoky View Estates Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

95.     Plaintiff David Edgar is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1660 Old Middlesettlements Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

96.     Plaintiff Amanda Ervin is a citizen of the State of Tennessee who resided on and owned an interest in real property at 106 Villa Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

97.     Plaintiff Kipper Evans is a citizen of the State of Tennessee who resided on and owned an interest in real property at 2802 Taylor Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

98.     Plaintiff Sarah Evans is a citizen of the State of Tennessee who resided on and owned an interest in real property at 2802 Taylor Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

99.     Plaintiff Patricia Evans is a citizen of the State of Tennessee who resided on and owned an interest in real property at 2353 Governors Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

22

100. Plaintiff Dillard Evans is a citizen of the State of Tennessee who resided on and owned an interest in real property at 2353 Governors Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

101. Plaintiff William Everett is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1716 Old Mt. Tabor Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

102. Plaintiff Shannon Everett is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1716 Old Mt. Tabor Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

103. Plaintiff Carl Fagg is a citizen of the State of Tennessee who resided on and owned an interest in real property at 653 Black Forest Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

104. Plaintiff Florence Fagg is a citizen of the State of Tennessee who resided on and owned an interest in real property at 653 Black Forest Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

105. Plaintiff Michael Fagg is a citizen of the State of Tennessee who resided on and owned an interest in real property at 702 Black Forest Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this

23

Complaint.

106.    Plaintiff Matthew Farr is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1344 West Hunt Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

107.    Plaintiff Robert Farr, Jr. is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1344 West Hunt Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

108.    Plaintiff Jose Felix is a citizen of the State of Tennessee who resided on and owned an interest in real property at 623 Foothills Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

109.    Plaintiff Kenneth Fields is a citizen of the State of Tennessee who resided on and owned an interest in real property at 319 Klair Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

110.    Plaintiff Thomas Fife is a citizen of the State of Tennessee who resided on and owned an interest in real property at 115 Watson Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

111.    Plaintiff Charles Finley is a citizen of the State of Tennessee who resided on and owned an interest in real property at 413 Pinebark Drive, Maryville, TN 37801 on July 1, 2015,

24

and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

112.    Plaintiff Glenn Finley is a citizen of the State of Tennessee who resided on and owned an interest in real property at 304 Oakdale Street, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

113.    Plaintiff Lynda Flynn is a citizen of the State of Tennessee who resided on and owned an interest in real property at 2901 Timberline Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

114.    Plaintiff John Ford is a citizen of the State of Tennessee who resided on and owned an interest in real property at 531 Evelyn Avenue, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

115.    Plaintiff James Fraley is a citizen of the State of Tennessee who resided on and owned an interest in real property at 120 Bailey Lane, Maynardville, TN 37807 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

116.    Plaintiff Carley Francis is a citizen of the State of Tennessee who resided on and owned an interest in real property at 120 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

117.    Plaintiff Gary Frank is a citizen of the State of Tennessee who resided on and owned

25

an interest in real property at 204 Michelle Place, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

118. Plaintiff Wendy Frank is a citizen of the State of Tennessee who resided on and owned an interest in real property at 215 Michelle Place, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

119. Plaintiff Jack Freshour is a citizen of the State of Tennessee who resided on and owned an interest in real property at 133 Mimosa Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

120. Plaintiff Cynthia Freshour is a citizen of the State of Tennessee who resided on and owned an interest in real property at 133 Mimosa Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

121. Plaintiff Derek Fuller is a citizen of the State of Tennessee who resided on and owned an interest in real property at 215 Line Barger Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

122. Plaintiff Melody Fuller is a citizen of the State of Tennessee who resided on and owned an interest in real property at 424 Gee Tipton Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

26

123. Plaintiff Curtis Fuller is a citizen of the State of Tennessee who resided on and owned an interest in real property at 424 Gee Tipton Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

124. Plaintiff Mark Gallagher is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1714 Old Mt. Tabor Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

125. Plaintiff Angela Gallagher is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1714 Old Mt. Tabor Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

126. Plaintiff Joe Gamble is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1013 Camellia Trace, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

127. Plaintiff Noel Garcia is a citizen of the State of Tennessee who resided on and owned an interest in real property at 152 Villa Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

128. Plaintiff Karen Garland is a citizen of the State of Tennessee who resided on and owned an interest in real property at 210 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described

27

in this Complaint.

129.  Plaintiff Stephanie Gasche is a citizen of the State of Tennessee who resided on and owned an interest in real property at 108 Villa Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

130.  Plaintiff Cameron Gasche is a citizen of the State of Tennessee who resided on and owned an interest in real property at 108 Villa Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

131.  Plaintiff Lisa Gasche is a citizen of the State of Tennessee who resided on and owned an interest in real property at 846 Alisha Way, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

132.  Plaintiff Vanessa Gibbs is a citizen of the State of Tennessee who resided on and owned an interest in real property at 221 Songbird Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

133.  Plaintiff Whitney Gilbert is a citizen of the State of Tennessee who resided on and owned an interest in real property at 603 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

134.  Plaintiff Darren Gillespie is a citizen of the State of Tennessee who resided on and owned an interest in real property at 539 Evelyn Avenue, Maryville, TN 37801 on July 1, 2015,

28

and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

135. Plaintiff Angela Goldberg is a citizen of the State of Tennessee who resided on and owned an interest in real property at 102 Harkleroad Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

136. Plaintiff Isai Gomez is a citizen of the State of Tennessee who resided on and owned an interest in real property at 220 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

137. Plaintiff Briana Goodman is a citizen of the State of Tennessee who resided on and owned an interest in real property at 148 Desimone Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

138. Plaintiff Elizabeth Goodman is a citizen of the State of Tennessee who resided on and owned an interest in real property at 148 Desimone Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

139. Plaintiff Brad Goodson is a citizen of the State of Tennessee who resided on and owned an interest in real property at 112 Villa Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

140. Plaintiff April Goodykoontz is a citizen of the State of Tennessee who resided on

29

and owned an interest in real property at 511 Jodi Lane, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

141.   Plaintiff Steven Goodykoontz is a citizen of the State of Tennessee who resided on and owned an interest in real property at 511 Jodi Lane, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

142.   Plaintiff Samuel Green is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1542 Middlesettlements Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

143.   Plaintiff Robert Gregory is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1913 Atchley Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

144.   Plaintiff Wanda Gregory Anderson is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1913 Atchley Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

145.   Plaintiff George Hall is a citizen of the State of Tennessee who resided on and owned an interest in real property at 2239 Grey Ridge Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

146. Plaintiff Natasha Hall is a citizen of the State of Tennessee who resided on and owned an interest in real property at 2239 Grey Ridge Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

147. Plaintiff Tammy Hall is a citizen of the State of Tennessee who resided on and owned an interest in real property at 2239 Grey Ridge Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

148. Plaintiff Heath Hanley is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1621 Middlesettlements Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

149. Plaintiff Lamar Hannum is a citizen of the State of Tennessee who resided on and owned an interest in real property at 615 Foothill Village Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

150. Plaintiff Phyllis Hardin is a citizen of the State of Tennessee who resided on and owned an interest in real property at 206 Gadwall Lane, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

151. Plaintiff William Harguth is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1337 Middlesettlements Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described

31

in this Complaint.

152.     Plaintiff Phyllis Harrison is a citizen of the State of Tennessee who resided on and owned an interest in real property at 402 Gee Tipton Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

153.     Plaintiff Jonathan Hatcher is a citizen of the State of Tennessee who resided on and owned an interest in real property at 152 Watson Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

154.     Plaintiff Jerry Hatcher is a citizen of the State of Tennessee who resided on and owned an interest in real property at 152 Watson Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

155.     Plaintiff Sarah Headrick is a citizen of the State of Tennessee who resided on and owned an interest in real property at 163 Desimone Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

156.     Plaintiff Faye Hearon is a citizen of the State of Tennessee who resided on and owned an interest in real property at 148 Mimosa Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

157.     Plaintiff Gage Hembree is a citizen of the State of Tennessee who resided on and owned an interest in real property at 331 Oakdale Street, Maryville, TN 37801 on July 1, 2015,

32

and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

158. Plaintiff Tracie Hendricks is a citizen of the State of Tennessee who resided on and owned an interest in real property at 513 Evelyn Avenue, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

159. Plaintiff William Hendricks is a citizen of the State of Tennessee who resided on and owned an interest in real property at 513 Evelyn Avenue, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

160. Plaintiff Mary Henry is a citizen of the State of Tennessee who resided on and owned an interest in real property at 502 Evelyn Avenue, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

161. Plaintiff Amber Hickman is a citizen of the State of Tennessee who resided on and owned an interest in real property at 220 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

162. Plaintiff Robert Higgins is a citizen of the State of Tennessee who resided on and owned an interest in real property at 152 Desimone Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

163. Plaintiff Richard Hill is a citizen of the State of Tennessee who resided on and

33

owned an interest in real property at 169 Desimone Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

164. Plaintiff Carley Hilton is a citizen of the State of Tennessee who resided on and owned an interest in real property at 213 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

165. Plaintiff Donald Holder is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1728 Middlesettlements Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

166. Plaintiff Sharon Holder is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1728 Middlesettlements Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

167. Plaintiff Wanda Holland is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1818 William Blount, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

168. Plaintiff Claretta Holt is a citizen of the State of Tennessee who resided on and owned an interest in real property at 420 Gee Tipton Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

34

169. Plaintiff Kayla Howard is a citizen of the State of Tennessee who resided on and owned an interest in real property at 151 Desimone Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

170. Plaintiff Ginger Hubbard is a citizen of the State of Tennessee who resided on and owned an interest in real property at 646 Cyrus Way, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

171. Plaintiff Teddy Hubbard is a citizen of the State of Tennessee who resided on and owned an interest in real property at 646 Cyrus Way, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

172. Plaintiff Harold Hubbard is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1024 Foch Street, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

173. Plaintiff Mark Huffstetler is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1030 West Lamar Alex Parkway, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

174. Plaintiff Mary Hughes is a citizen of the State of Tennessee who resided on and owned an interest in real property at 226 County Farm Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this

35

Complaint.

175.    Plaintiff Angel Humphrey is a citizen of the State of Tennessee who resided on and owned an interest in real property at 204 Linebarger, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

176.    Plaintiff Wanda Humphrey is a citizen of the State of Tennessee who resided on and owned an interest in real property at 204 Linebarger, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

177.    Plaintiff Matthew Hurst is a citizen of the State of Tennessee who resided on and owned an interest in real property at 948 North Union Grove Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

178.    Plaintiff Howard Hurst is a citizen of the State of Tennessee who resided on and owned an interest in real property at 119 Pinedale Street, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

179.    Plaintiff Mike Hurst is a citizen of the State of Tennessee who resided on and owned an interest in real property at 119 Pinedale Street, Friendsville, TN 37737 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

180.    Plaintiff Sandra Ingle is a citizen of the State of Tennessee who resided on and owned an interest in real property at 628 Kian Court, Maryville, TN 37801 on July 1, 2015, and

36

suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

181.    Plaintiff Donna Jackson is a citizen of the State of Tennessee who resided on and owned an interest in real property at 134 Mimosa Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

182.    Plaintiff George Jackson is a citizen of the State of Tennessee who resided on and owned an interest in real property at 134 Mimosa Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

183.    Plaintiff Jon Jeffries is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1665 Middlesettlements Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

184.    Plaintiff Terry Jenkins is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1935 Grey Ridge Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

185.    Plaintiff Donna Jenkins is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1935 Grey Ridge Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

186.    Plaintiff Tim Jennings is a citizen of the State of Tennessee who resided on and

37

owned an interest in real property at 122 Villa Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

187. Plaintiff Brittany Jensen is a citizen of the State of Tennessee who resided on and owned an interest in real property at 213 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

188. Plaintiff Cory Johnson is a citizen of the State of Tennessee who resided on and owned an interest in real property at 152 Watson Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

189. Plaintiff Pamela Johnson is a citizen of the State of Tennessee who resided on and owned an interest in real property at 511 Jodi Lane, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

190. Plaintiff Ted Johnson is a citizen of the State of Tennessee who resided on and owned an interest in real property at 628 Kian Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

191. Plaintiff Bailey Johnson is a citizen of the State of Tennessee who resided on and owned an interest in real property at 2406 Utah Beach Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

38

192.    Plaintiff Geraldine Jones is a citizen of the State of Tennessee who resided on and owned an interest in real property at 3944 Old Niles Ferry Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

193.    Plaintiff Jeffrey Jones is a citizen of the State of Tennessee who resided on and owned an interest in real property at 102 Harkleroad Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

194.    Plaintiff Dedra Jones is a citizen of the State of Tennessee who resided on and owned an interest in real property at 144 Villa Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

195.    Plaintiff Steven Jones is a citizen of the State of Tennessee who resided on and owned an interest in real property at 149 Desimone Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

196.    Plaintiff Franklin Jones is a citizen of the State of Tennessee who resided on and owned an interest in real property at 149 Desimone Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

197.    Plaintiff Nicholas Jordan is a citizen of the State of Tennessee who resided on and owned an interest in real property at 412 Phoebe Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this

39

Complaint.

198. Plaintiff Kathi Kazar is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1008 Armona Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

199. Plaintiff Angela Kean is a citizen of the State of Tennessee who resided on and owned an interest in real property at 153 Mimosa Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

200. Plaintiff Linda Key is a citizen of the State of Tennessee who resided on and owned an interest in real property at 539 Evelyn Avenue, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

201. Plaintiff Billy Kirby is a citizen of the State of Tennessee who resided on and owned an interest in real property at 4209 Morganton Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

202. Plaintiff Shaina Kirkland is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1915 West Lamar Alexander Parkway, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

203. Plaintiff Jane Kivett is a citizen of the State of Tennessee who resided on and owned an interest in real property at 16298 Inverness Drive, Maryville, TN 37801 on July 1, 2015, and

40

suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

204. Plaintiff Edward Klemt is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1716 Middlesettlements Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

205. Plaintiff Jesse Lands is a citizen of the State of Tennessee who resided on and owned an interest in real property at 411 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

206. Plaintiff Brian Lane is a citizen of the State of Tennessee who resided on and owned an interest in real property at 845 Proffitt Springs Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

207. Plaintiff Crystal Lawson is a citizen of the State of Tennessee who resided on and owned an interest in real property at 408 Glen Echo Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

208. Plaintiff Bobby Lewis is a citizen of the State of Tennessee who resided on and owned an interest in real property at 719 Reservoir Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

209. Plaintiff Mitchell Light is a citizen of the State of Tennessee who resided on and

41

owned an interest in real property at 657 Old Glory Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

210.    Plaintiff Elise Lindsay is a citizen of the State of Tennessee who resided on and owned an interest in real property at 211 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

211.    Plaintiff Brenda Lindsey is a citizen of the State of Tennessee who resided on and owned an interest in real property at 205 Jeania Lane, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

212.    Plaintiff Jan Loeb is a citizen of the State of Tennessee who resided on and owned an interest in real property at 7011 Camellia Trace Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

213.    Plaintiff Blake Long is a citizen of the State of Tennessee who resided on and owned an interest in real property at 519 Evelyn Avenue, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

214.    Plaintiff Harold Loveday is a citizen of the State of Tennessee who resided on and owned an interest in real property at 504 Evelyn Avenue, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

42

215.   Plaintiff Georgia Loveday is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1616 Loch Leigh Way, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

216.   Plaintiff Rebecca Loveday-Harper is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1616 Loch Leigh Way, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

217.   Plaintiff Jessica Loy is a citizen of the State of Tennessee who resided on and owned an interest in real property at 112 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

218.   Plaintiff Makali Loy is a citizen of the State of Tennessee who resided on and owned an interest in real property at 112 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

219.   Plaintiff Cheryl Lundy is a citizen of the State of Tennessee who resided on and owned an interest in real property at 501 Tulip Lane, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

220.   Plaintiff Charles Lundy is a citizen of the State of Tennessee who resided on and owned an interest in real property at 501 Tulip Lane, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this

43

Complaint.

221.    Plaintiff John Macomber is a citizen of the State of Tennessee who resided on and owned an interest in real property at 146 Watson Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

222.    Plaintiff Rebecca Maples is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1711 Creason Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

223.    Plaintiff Joshua Maples is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1711 Creason Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

224.    Plaintiff Rose Marley is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1599 Middlesettlements Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

225.    Plaintiff Migdalia Marrero is a citizen of the State of Tennessee who resided on and owned an interest in real property at 623 Foothills Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

226.    Plaintiff Bobby Marshall is a citizen of the State of Tennessee who resided on and owned an interest in real property at 413 Pinebark Circle, Maryville, TN 37801 on July 1, 2015,

44

and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

227.    Plaintiff Annette Marshall is a citizen of the State of Tennessee who resided on and owned an interest in real property at 413 Pinebark Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

228.    Plaintiff Edward McAdams is a citizen of the State of Tennessee who resided on and owned an interest in real property at 216 Michelle Place, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

229.    Plaintiff Pamela McAdams is a citizen of the State of Tennessee who resided on and owned an interest in real property at 216 Michelle Place, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

230.    Plaintiff Michael McBee is a citizen of the State of Tennessee who resided on and owned an interest in real property at 305 Finch Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

231.    Plaintiff Lisa McBee is a citizen of the State of Tennessee who resided on and owned an interest in real property at 305 Finch Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

232.    Plaintiff Steven McBee is a citizen of the State of Tennessee who resided on and

45

owned an interest in real property at 305 Finch Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

233. Plaintiff Kinnie McCauley is a citizen of the State of Tennessee who resided on and owned an interest in real property at 123 Foothills Village, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

234. Plaintiff Amanda McCormick is a citizen of the State of Tennessee who resided on and owned an interest in real property at 140 Watson Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

235. Plaintiff Sherry McKee is a citizen of the State of Tennessee who resided on and owned an interest in real property at 111 Reise Lane, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

236. Plaintiff Rosa McKelvey is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1909 Atchley Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

237. Plaintiff Edward McLaughlin is a citizen of the State of Tennessee who resided on and owned an interest in real property at 412 Camellia Trace, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

46

238.    Plaintiff Brandon McLaughlin is a citizen of the State of Tennessee who resided on and owned an interest in real property at 412 Camellia Trace, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

239.    Plaintiff David McNish is a citizen of the State of Tennessee who resided on and owned an interest in real property at 845 Alisha Way, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

240.    Plaintiff Nicole Meaux is a citizen of the State of Tennessee who resided on and owned an interest in real property at 905 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

241.    Plaintiff Catherin Melchert is a citizen of the State of Tennessee who resided on and owned an interest in real property at 523 Evelyn Avenue, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

242.    Plaintiff Charles Miller is a citizen of the State of Tennessee who resided on and owned an interest in real property at 159 Desimone Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

243.    Plaintiff William Mims is a citizen of the State of Tennessee who resided on and owned an interest in real property at 221 Songbird Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this

47

Complaint.

244. Plaintiff Stacey Minor is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1109 Paul Lankford Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

245. Plaintiff Shannon Minor is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1109 Paul Lankford Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

246. Plaintiff Anna Miracle is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1542 Middlesettlements Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

247. Plaintiff Katya Monleou is a citizen of the State of Tennessee who resided on and owned an interest in real property at 227 Bridgeway Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

248. Plaintiff Connie Montgomery is a citizen of the State of Tennessee who resided on and owned an interest in real property at 319 Klair Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

249. Plaintiff William Montgomery is a citizen of the State of Tennessee who resided on and owned an interest in real property at 319 Klair Court, Maryville, TN 37801 on July 1, 2015,

48

and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

250. Plaintiff Navada Moore is a citizen of the State of Tennessee who resided on and owned an interest in real property at 620 Kian Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

251. Plaintiff Cameron Moreland is a citizen of the State of Tennessee who resided on and owned an interest in real property at 139 Watson Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

252. Plaintiff John Mulhauser is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1723 Lively Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

253. Plaintiff Steven Mull is a citizen of the State of Tennessee who resided on and owned an interest in real property at 948 North Union Grove Road, Friendsville, TN 37737 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

254. Plaintiff Jason Murphy is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1350 Middlesettlements Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

255. Plaintiff Brian Myers is a citizen of the State of Tennessee who resided on and

49

owned an interest in real property at 106 Villa Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

256.    Plaintiff Betty Narveson is a citizen of the State of Tennessee who resided on and owned an interest in real property at 2351 Governors Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

257.    Plaintiff Clayton Narveson is a citizen of the State of Tennessee who resided on and owned an interest in real property at 2351 Governors Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

258.    Plaintiff Elizabeth Navarre is a citizen of the State of Tennessee who resided on and owned an interest in real property at 144 Watson Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

259.    Plaintiff Diane Negele is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1638 Middlesettlements Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

260.    Plaintiff Robert Negele is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1638 Middlesettlements Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

50

261. Plaintiff Brian Negele is a citizen of the State of Tennessee who resided on and owned an interest in real property at 717 Janes Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

262. Plaintiff Darren Nelson is a citizen of the State of Tennessee who resided on and owned an interest in real property at 111 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

263. Plaintiff Michael Nelson is a citizen of the State of Tennessee who resided on and owned an interest in real property at 531 Evelyn Avenue, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

264. Plaintiff Angela Newman is a citizen of the State of Tennessee who resided on and owned an interest in real property at 505 Jodi Lane, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

265. Plaintiff Tara Oaks is a citizen of the State of Tennessee who resided on and owned an interest in real property at 2406 Utah Beach Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

266. Plaintiff Christopher Oaks is a citizen of the State of Tennessee who resided on and owned an interest in real property at 2406 Utah Beach Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this

Complaint.

267.    Plaintiff Tammy Ogle is a citizen of the State of Tennessee who resided on and owned an interest in real property at 193 Watson Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

268.    Plaintiff Michael Ogle is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1014 Harrisdale Street, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

269.    Plaintiff Jody Ohsick is a citizen of the State of Tennessee who resided on and owned an interest in real property at 418 Westland Station, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

270.    Plaintiff Frederick Ohsick, III is a citizen of the State of Tennessee who resided on and owned an interest in real property at 418 Westland Station, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

271.    Plaintiff Michael Oldham is a citizen of the State of Tennessee who resided on and owned an interest in real property at 335 Orr Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

272.    Plaintiff Tina Oldham is a citizen of the State of Tennessee who resided on and owned an interest in real property at 335 Orr Circle, Maryville, TN 37801 on July 1, 2015, and

52

suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

273. Plaintiff John Oldham is a citizen of the State of Tennessee who resided on and owned an interest in real property at 335 Orr Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

274. Plaintiff Mary Louise Oleson is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1950 Big Springs Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

275. Plaintiff Dennis Olsen is a citizen of the State of Tennessee who resided on and owned an interest in real property at 504 Evelyn Avenue, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

276. Plaintiff Jamie Olsen is a citizen of the State of Tennessee who resided on and owned an interest in real property at 504 Evelyn Avenue, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

277. Plaintiff Miranda Ousley is a citizen of the State of Tennessee who resided on and owned an interest in real property at 207 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

278. Plaintiff Fred Ownsby is a citizen of the State of Tennessee who resided on and

53

owned an interest in real property at 1930 Morganton Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

279. Plaintiff Teresa Ownsby is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1930 Morganton Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

280. Plaintiff Ashley Parrott is a citizen of the State of Tennessee who resided on and owned an interest in real property at 208 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

281. Plaintiff Darlene Patterson is a citizen of the State of Tennessee who resided on and owned an interest in real property at 517 Jackson Hills Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

282. Plaintiff Barbara Payne is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1227 West Hunt Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

283. Plaintiff Flora Paynes is a citizen of the State of Tennessee who resided on and owned an interest in real property at 3514 Wilkinson Pike, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

54

284.    Plaintiff Alma Perez is a citizen of the State of Tennessee who resided on and owned an interest in real property at 302 Mimosa Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

285.    Plaintiff Sabrina Perkins is a citizen of the State of Tennessee who resided on and owned an interest in real property at 182 Watson Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

286.    Plaintiff Megan Pinner is a citizen of the State of Tennessee who resided on and owned an interest in real property at 199 Lakeview Court, Louisville, TN 37777 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

287.    Plaintiff Serena Poland is a citizen of the State of Tennessee who resided on and owned an interest in real property at 846 Proffitt Springs Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

288.    Plaintiff Dylan Powers is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1917 Atchley Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

289.    Plaintiff Bradley Pratt is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1618 Old Mt. Tabor Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described

55

in this Complaint.

290.   Plaintiff Rebecca Pressenell is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1618 Old Mt. Tabor Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

291.   Plaintiff Travis Pruett is a citizen of the State of Tennessee who resided on and owned an interest in real property at 128 Bridgeway Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

292.   Plaintiff Elizabeth Pruett is a citizen of the State of Tennessee who resided on and owned an interest in real property at 128 Bridgeway Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

293.   Plaintiff Felicia Pulley is a citizen of the State of Tennessee who resided on and owned an interest in real property at 123 Desimone Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

294.   Plaintiff Josh Pulley is a citizen of the State of Tennessee who resided on and owned an interest in real property at 423 Glen Echo Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

295.   Plaintiff Dennis Purkey is a citizen of the State of Tennessee who resided on and owned an interest in real property at 119 Pinedale Street, Maryville, TN 37801 on July 1, 2015,

56

and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

296. Plaintiff Ron Pyron is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1612 Loch Leigh Way, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

297. Plaintiff Pam Pyron is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1612 Loch Leigh Way, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

298. Plaintiff Charles Randles is a citizen of the State of Tennessee who resided on and owned an interest in real property at 517 Tulip Lane, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

299. Plaintiff Miriam Reyes is a citizen of the State of Tennessee who resided on and owned an interest in real property at 152 Villa Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

300. Plaintiff Monica Reyes is a citizen of the State of Tennessee who resided on and owned an interest in real property at 152 Villa Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

301. Plaintiff Luis Reyes is a citizen of the State of Tennessee who resided on and owned

57

an interest in real property at 152 Villa Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

302.    Plaintiff Samantha Reyna is a citizen of the State of Tennessee who resided on and owned an interest in real property at 704 Blue Sky Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

303.    Plaintiff Marcella Ricks is a citizen of the State of Tennessee who resided on and owned an interest in real property at 131 Watson Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

304.    Plaintiff Michael Ricks is a citizen of the State of Tennessee who resided on and owned an interest in real property at 131 Watson Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

305.    Plaintiff Michael Ringer is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1633 Loch Leigh Way, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

306.    Plaintiff Lin Ringer is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1633 Loch Leigh Way, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

307.    Plaintiff Tonya Rivera is a citizen of the State of Tennessee who resided on and

58

owned an interest in real property at 634 Kian Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

308.    Plaintiff Ashley Robbins is a citizen of the State of Tennessee who resided on and owned an interest in real property at 163 Mimosa Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

309.    Plaintiff Joseph Robbins is a citizen of the State of Tennessee who resided on and owned an interest in real property at 163 Mimosa Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

310.    Plaintiff Ralph Roberts is a citizen of the State of Tennessee who resided on and owned an interest in real property at 462 Ward Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

311.    Plaintiff Ada Grace Roberts is a citizen of the State of Tennessee who resided on and owned an interest in real property at 462 Ward Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

312.    Plaintiff Gary Rogers is a citizen of the State of Tennessee who resided on and owned an interest in real property at 144 Watson Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

59

313. Plaintiff Angela Rolen is a citizen of the State of Tennessee who resided on and owned an interest in real property at 143 High Rose Boulevard, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

314. Plaintiff Katie Rose is a citizen of the State of Tennessee who resided on and owned an interest in real property at 201 Mimosa Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

315. Plaintiff Tyler Rucker is a citizen of the State of Tennessee who resided on and owned an interest in real property at 208 Atchley Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

316. Plaintiff Marco Ruffo is a citizen of the State of Tennessee who resided on and owned an interest in real property at 147 Watson Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

317. Plaintiff Brenda Rutherford is a citizen of the State of Tennessee who resided on and owned an interest in real property at 148 Desimone Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

318. Plaintiff George Samuel is a citizen of the State of Tennessee who resided on and owned an interest in real property at 926 Jasmine Lane, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this

60

Complaint.

319. Plaintiff Gloria Sanders is a citizen of the State of Tennessee who resided on and owned an interest in real property at 914 Muirfield Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

320. Plaintiff Ralph Sanders is a citizen of the State of Tennessee who resided on and owned an interest in real property at 914 Muirfield Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

321. Plaintiff John Sell is a citizen of the State of Tennessee who resided on and owned an interest in real property at 326 Bridgeway Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

322. Plaintiff Shirley Shannon is a citizen of the State of Tennessee who resided on and owned an interest in real property at 103 Rouen Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

323. Plaintiff Glenn Sheets is a citizen of the State of Tennessee who resided on and owned an interest in real property at 119 Oakdale Street, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

324. Plaintiff Lucy Sheets is a citizen of the State of Tennessee who resided on and owned an interest in real property at 119 Oakdale Street, Maryville, TN 37801 on July 1, 2015,

61

and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

325. Plaintiff Sharon Shields is a citizen of the State of Tennessee who resided on and owned an interest in real property at 2109 Autumn Oak Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

326. Plaintiff Lindsey Shinlever is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1917 Atchley Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

327. Plaintiff Misty Shinlever is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1917 Atchley Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

328. Plaintiff Carolyn Shoffner is a citizen of the State of Tennessee who resided on and owned an interest in real property at 109 Desimone Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

329. Plaintiff Reed Shoffner is a citizen of the State of Tennessee who resided on and owned an interest in real property at 109 Desimone Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

330. Plaintiff David Shroyer is a citizen of the State of Tennessee who resided on and

62

owned an interest in real property at 302 Mimosa Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

331. Plaintiff Henry Shroyer is a citizen of the State of Tennessee who resided on and owned an interest in real property at 302 Mimosa Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

332. Plaintiff Charlie Snores is a citizen of the State of Tennessee who resided on and owned an interest in real property at 267 Stone Tree Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

333. Plaintiff Gary Springstend is a citizen of the State of Tennessee who resided on and owned an interest in real property at 571 Ravenwood Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

334. Plaintiff Christina Statkus is a citizen of the State of Tennessee who resided on and owned an interest in real property at 115 Watson Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

335. Plaintiff Michael Stegall is a citizen of the State of Tennessee who resided on and owned an interest in real property at 119 Mimosa Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

63

336. Plaintiff Patricia Stegall is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1921 Five Oaks Lane, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

337. Plaintiff Eric Stempfley is a citizen of the State of Tennessee who resided on and owned an interest in real property at 409 Glen Echo Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

338. Plaintiff Gregory Storey is a citizen of the State of Tennessee who resided on and owned an interest in real property at, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

339. Plaintiff Timothy Swartz is a citizen of the State of Tennessee who resided on and owned an interest in real property at 110 Villa Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

340. Plaintiff Deborah Tallent is a citizen of the State of Tennessee who resided on and owned an interest in real property at 159 Desimone Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

341. Plaintiff Barbara Taylor is a citizen of the State of Tennessee who resided on and owned an interest in real property at 636 Kian Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

342. Plaintiff Steven Taylor is a citizen of the State of Tennessee who resided on and owned an interest in real property at 636 Kian Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

343. Plaintiff Rowena Tipton is a citizen of the State of Tennessee who resided on and owned an interest in real property at 112 Mimosa Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

344. Plaintiff Jon Tipton is a citizen of the State of Tennessee who resided on and owned an interest in real property at 112 Mimosa Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

345. Plaintiff Janice Tipton is a citizen of the State of Tennessee who resided on and owned an interest in real property at 116 Mimosa Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

346. Plaintiff Steve Tipton is a citizen of the State of Tennessee who resided on and owned an interest in real property at 814 Marcaro Lane, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

347. Plaintiff Cindy Tipton is a citizen of the State of Tennessee who resided on and owned an interest in real property at 814 Marcaro Lane, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this

65

Complaint.

348. Plaintiff Brande Tullock is a citizen of the State of Tennessee who resided on and owned an interest in real property at 152 Watson Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

349. Plaintiff Russell Urban is a citizen of the State of Tennessee who resided on and owned an interest in real property at 144 Villa Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

350. Plaintiff Robert Valentine is a citizen of the State of Tennessee who resided on and owned an interest in real property at 960 Beverly Drive, Alcoa, TN 37701 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

351. Plaintiff Heidi Valentine is a citizen of the State of Tennessee who resided on and owned an interest in real property at 960 Beverly Drive, Alcoa, TN 37701 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

352. Plaintiff Raymond Vess is a citizen of the State of Tennessee who resided on and owned an interest in real property at 311 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

353. Plaintiff Terri Vess is a citizen of the State of Tennessee who resided on and owned an interest in real property at 311 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and

suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

354. Plaintiff Carolina Vidal is a citizen of the State of Tennessee who resided on and owned an interest in real property at 201 Mimosa Circle, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

355. Plaintiff Jason Vilchez is a citizen of the State of Tennessee who resided on and owned an interest in real property at 963 Amy Renee Way, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

356. Plaintiff Deborah Waddell is a citizen of the State of Tennessee who resided on and owned an interest in real property at 2119 Scarlet Road Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

357. Plaintiff Troy Walker is a citizen of the State of Tennessee who resided on and owned an interest in real property at 142 Hampton Park Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

358. Plaintiff Crystal Wall is a citizen of the State of Tennessee who resided on and owned an interest in real property at 221 Alnwick Drive, Friendsville, TN 37737 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

359. Plaintiff Jeffery Wallace is a citizen of the State of Tennessee who resided on and

67

owned an interest in real property at 2514 Tyvola Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

360. Plaintiff Joshua Wallace is a citizen of the State of Tennessee who resided on and owned an interest in real property at 2514 Tyvola Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

361. Plaintiff Trinity Wallace is a citizen of the State of Tennessee who resided on and owned an interest in real property at 2514 Tyvola Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

362. Plaintiff Kyle Walton is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1542 Mount Tabor Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

363. Plaintiff Edward Walton is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1542 Mount Tabor Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

364. Plaintiff Charles Walton is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1559 Middlesettlements Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

68

365. Plaintiff Catheryn Walton is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1559 Middlesettlements Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

366. Plaintiff Eugene Ward is a citizen of the State of Tennessee who resided on and owned an interest in real property at 113 Villa Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

367. Plaintiff Gerrit Ward is a citizen of the State of Tennessee who resided on and owned an interest in real property at 204 Linebarger Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

368. Plaintiff Contina Ward is a citizen of the State of Tennessee who resided on and owned an interest in real property at 113 Villa Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

369. Plaintiff Rhonda Ward-Todd is a citizen of the State of Tennessee who resided on and owned an interest in real property at 140 Villa Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

370. Plaintiff Kimberley Ware is a citizen of the State of Tennessee who resided on and owned an interest in real property at 501 Evelyn Avenue, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this

69

Complaint.

371.    Plaintiff Tonie Ware is a citizen of the State of Tennessee who resided on and owned an interest in real property at 501 Evelyn Avenue, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

372.    Plaintiff Carry Warren is a citizen of the State of Tennessee who resided on and owned an interest in real property at 151 Desimone Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

373.    Plaintiff Karen Warren is a citizen of the State of Tennessee who resided on and owned an interest in real property at 151 Desimone Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

374.    Plaintiff Bob Watson is a citizen of the State of Tennessee who resided on and owned an interest in real property at 506 Evelyn Avenue, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

375.    Plaintiff Shelby Watts is a citizen of the State of Tennessee who resided on and owned an interest in real property at 514 Evelyn Avenue, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

376.    Plaintiff William Watts is a citizen of the State of Tennessee who resided on and owned an interest in real property at 514 Evelyn Avenue, Maryville, TN 37801 on July 1, 2015,

70

and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

377.    Plaintiff Emory Weaver is a citizen of the State of Tennessee who resided on and owned an interest in real property at 108 Atkins Way, Louisvlle, TN 37777 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

378.    Plaintiff Jennine Weiland is a citizen of the State of Tennessee who resided on and owned an interest in real property at 115 Amanda Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

379.    Plaintiff Nick Weiland is a citizen of the State of Tennessee who resided on and owned an interest in real property at 115 Amanda Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

380.    Plaintiff Nick Weiland, Jr. is a citizen of the State of Tennessee who resided on and owned an interest in real property at 115 Amanda Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

381.    Plaintiff Austin West is a citizen of the State of Tennessee who resided on and owned an interest in real property at 3946 Old Niles Ferry Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

382.    Plaintiff Elizabeth Wheeler is a citizen of the State of Tennessee who resided on

and owned an interest in real property at 1013 Camellia Trace, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

383. Plaintiff Kelsey Whitehead is a citizen of the State of Tennessee who resided on and owned an interest in real property at 531 Evelyn Avenue, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

384. Plaintiff Jeffrey Whitehead is a citizen of the State of Tennessee who resided on and owned an interest in real property at 227 Songbird Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

385. Plaintiff Randy Wilburn is a citizen of the State of Tennessee who resided on and owned an interest in real property at, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

386. Plaintiff Clarence Williams is a citizen of the State of Tennessee who resided on and owned an interest in real property at 203 Michelle Place, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

387. Plaintiff Candace Williams is a citizen of the State of Tennessee who resided on and owned an interest in real property at 203 Michelle Place, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

388. Plaintiff Johnathan Williams is a citizen of the State of Tennessee who resided on

72

and owned an interest in real property at 203 Michelle Place, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

389.   Plaintiff Jesseca Wilson is a citizen of the State of Tennessee who resided on and owned an interest in real property at 926 Jasmine Lane, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

390.   Plaintiff Linda Wilson is a citizen of the State of Tennessee who resided on and owned an interest in real property at 637 Kian Court, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

391.   Plaintiff Arnequa Wren is a citizen of the State of Tennessee who resided on and owned an interest in real property at 114 Atchley Apartments, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

392.   Plaintiff Kevin Yanick is a citizen of the State of Tennessee who resided on and owned an interest in real property at 1559 Middlesettlements Road, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

393.   Plaintiff Jessica Yoakum is a citizen of the State of Tennessee who resided on and owned an interest in real property at 19174 Atchley Drive, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

73

394. Plaintiff Bonnie Young is a citizen of the State of Tennessee who resided on and owned an interest in real property at 215 West Newton Street, Maryville, TN 37801 on July 1, 2015, and suffered damages as a result of the train Derailment and toxic chemical fire described in this Complaint.

395. Defendant CSXT is a for-profit corporation organized under the laws of the State of Virginia with its principal place of business located in Jacksonville, Florida. At all times relevant to this action, CSXT operated the train that derailed in Maryville, Tennessee, on July 1, 2015, and owned the tracks upon which the train was operated when it derailed.

396. Defendant Ralph Brackett is an employee of Defendant CSXT, who was the conductor of the CSXT train at all times during the events of July1-2, 2015, resulting in the Train Derailment and toxic chemical fire. Defendant Brackett is a citizen of the State of Tennessee and resides in Benton, Tennessee.

397. Defendant Michael Puckett is an employee of Defendant CSXT, who was the engineer of the CSXT train at all times during the events of July 1-2, 2015, resulting in the Train Derailment and toxic chemical fire. Defendant Puckett is a citizen of the State of Tennessee and resides in Madisonville, Tennessee.

398. Defendant Union Tank Car Company ("UTLX") is a for-profit corporation organized under the laws of the State of Delaware with its principal place of business located in Chicago, Illinois. At all times relevant to this action, UTLX owned the rail car that derailed and caught fire in Maryville, Tennessee, on or about July 1, 2015.

### JURISDICTION AND VENUE

399. At all times relevant hereto, Plaintiffs were residents and citizens of Blount County, Tennessee. The Train Derailment that is the subject matter of this action occurred in Blount

74

County, Tennessee, and the Plaintiffs' interests in real property subject to damages in this action are located in Blount County, Tennessee.

400. Defendant CSXT owns and operates a railroad in Blount County, Tennessee, and at all times relevant to this case operated trains within and through Blount County, Tennessee, on a daily basis. Defendant maintains a registered agent in the State of Tennessee and is subject to the jurisdiction of this Court, pursuant to Tenn. Code Ann. § 20-2-201.

401. Defendant UTLX at all times relevant to this case owned and leased tank cars transported within and through Blount County, Tennessee, on a regular basis, and leased tank cars to businesses operating in Tennessee. Defendant maintains a registered agent in the State of Tennessee and is subject to the jurisdiction of this Court, pursuant to Tenn. Code Ann. § 20-2-201.

402. Defendants Michael Puckett and Ralph Brackett are citizens and residents of the State of Tennessee and are subject to this Court's jurisdiction.

403. This Court also has jurisdiction, pursuant to Tenn. Code Ann. § 16-10-110, over this action to recover damages for a nuisance.

404. Venue is proper in Blount County, pursuant to Tenn. Code Ann. § 20-4-104, because Plaintiffs reside here and suffered damages from the Train Derailment, which occurred in Blount County.

## FACTUAL ALLEGATIONS

405. On July 1, 2015, Defendant CSXT was operating a train consisting of two locomotives, 45 loaded rail cars carrying mixed freight, and 12 empty rail cars, traveling from Cincinnati, Ohio, to Waycross, Georgia. The CSXT train included 27 rail cars that were carrying hazardous substances, specifically, nine with acrylonitrile, sixteen with propane and two with asphalt.

75

406.    Shortly before midnight on July 1, 2015, one of the rail cars carrying acrylonitrile derailed north of the Singleton Station Road crossing in Blount County, Tennessee. CSXT then dragged the derailed car approximately 9 miles before eventually stopping the train near Old Mount Tabor Road, located off of Highway 321 and just west of the Foothills Mall in Maryville, Tennessee. At or about the Mount Tabor Road crossing, around 9 miles from the point of derailment, the tank car was ruptured and caught fire while the CSXT train continued to drag it.

407.    The rail car derailed as a result of a wheel roller bearing's failure due to overheating, which resulted in the bearing failing and burning off.

408.    CSX's nearest trackside overheat sensor (called a "defect detector" or "hot-box detector") failed to detect the overheated wheel roller bearing. The bearing overheated and burned off approximately 17 miles after passing the detector at Mile Post 265.4. The distance between the detector at MP 265.4 and the next detector at MP 292.0 is 26.6 miles.

409.    The CSXT Dispatcher on duty at the time of the derailment noticed on his computer screen tracking the train that the side track switch north of Singleton Station Road crossing just south of the point of derailment was damaged while the train was passing over it. He did not report this to the CSXT crew or stop the train as required by CSXT Operating Rules, and, as a result, CSXT failed to stop the train in time to prevent the tank car from rupturing and catching fire.

410.    The CSXT Dispatcher was not trained or supervised by CSXT to recognize the obvious connection between the damage to the switch and dragging equipment from the derailed tank car passing over it or the necessity to stop the train in accordance with CSXT Operating Rules.

411.    The CSXT crew failed to look back frequently to inspect for the condition of the train and tank cars from which it would have been obvious that the locomotive was dragging a derailed tank car, despite the presence of several sections of track during the 9 miles after the

76

derailment where there were unobstructed lines of sight from the locomotive cab to the derailed tank car. As a result of the metal parts of the derailed tank car dragging on concrete crossties, metal rails, and switch components, a large shower of sparks would have been visible to the crew at several locations had they been looking back as required by CSXT Operating Rules. As a result, CSXT failed to stop the train in time to prevent the tank car from rupturing and catching fire.

412. The CSXT crew was not trained or supervised by CSXT on the necessity of frequently looking back to inspect their train as the last line of defense to prevent a disaster with a hazardous materials "Key Train," which was the designation of the CSXT train that derailed on July 1, 2015.

413. If not before, the CSXT crew did see the sparks from the derailed tank car after dragging it approximately 5-6 miles from the point of derailment. However, the crew did not stop the train, although required to do so by CSXT Operating Rules. As a result, CSXT failed to stop the train in time to prevent the tank car from rupturing and catching fire.

414. The CSXT crew was not trained or supervised by CSXT on the safe course to take when seeing sparks coming from a tank car in a hazardous materials "Key Train." Instead, they were trained by CSXT to ignore CSXT Operating Rules, which require taking the "safe course" when there is uncertainty.

415. The tank car that derailed and caught fire, UTLX 901717, was owned at the time of the derailment by Defendant UTLX, and was leased by CSXT for the transport of acrylonitrile.

416. UTLX manufactured the subject tank car in 1994, at which time it installed the wheelset which included the bearing that overheated and burned off.

417. The tank car was manufactured and qualified under federal hazardous materials rules for transporting acrylonitrile, a hazardous material.

418.    Normal roller bearing life is approximately 10 years due to grease (lubrication) life limitations. However, at the time of the derailment, the failed roller bearing had been in service on UTLX 901717 for 21 years.

419.    UTLX was required to bring the subject tank car into a qualified shop to inspect, repair, and qualify the car every 10 years. Qualifying the car means that UTLX certifies that it meets all the same requirements under federal rules as a new tank car.

420.    UTLX last brought the subject tank car to its shop in Cleveland, Texas, in 2013, where it spent over two months inspecting and repairing the car before qualifying the car in October 2013. UTLX certified that the car met all of the requirements under federal rules as a new car by imprinting a stencil on the car with the qualification date and the next qualification date of December 2023.

421.    At the time of the 2013 qualification, the subject wheel bearing was 19 years old. UTLX knew or should have known the age of the bearing and the need for replacement at this time, but did not replace it despite replacing another wheelset on the tank car, including its roller bearings. UTLX would not have been required to bring the tank car to its shop again for inspections, repairs and qualification for another 10 years at which time the bearings on the subject tank car would have been 29 years old.

422.    UTLX does not have a system for systematically tracking the age of the roller bearings on its tank cars, including those in hazardous materials service, and does not request information from bearing manufacturers about the useful life of roller bearings. Instead, it assumes that the wheels will be replaced before the bearings become defective.

423.    UTLX also does not have a system for tracking bearing failures on its tank cars. It has no knowledge of how often bearings fail on its tank cars or the reasons for the failures.

78

424. UTLX has been aware since before 2015 that hot bearing detectors often fail to detect overheated roller bearings before they fail, among other reasons, because some railroads space them too far apart. In order to prevent derailments from overheated roller bearings on tank cars transporting hazardous materials, UTLX has worked with at least one hazardous materials manufacturer to install onboard hot bearing detectors on the bearing itself, which transmit an immediate signal to the crew or to a centralized computer when a bearing overheats. Despite having this technology available, UTLX failed to install it on the tank car which derailed and caught on fire in Maryville, Tennessee.

425. CSXT knew the contents of the rail car that derailed, ruptured, and caught fire and was required to inspect the rail car before the operation of the train that resulted in the derailment and toxic chemical fire on July 1, 2015. CSXT's inspection of the subject tank car roller bearings in Cincinnati before the subject train departed for Waycross was inadequate, because it failed to detect obvious signs that the seal on the mate bearing on the same axle was leaking grease. It is likely that the subject bearing failed as a result of the same failure pathway as was evident in the mate bearing.

426. CSXT did not notify first responders of the identity of the chemical contained in the ruptured tank car, the immediate hazards to health, the risks of fire or explosion, the immediate precautions to be taken in the event of an accident or incident, the immediate methods for handling fires, or the immediate methods for protecting against the hazards of exposure to the released chemicals until at least an hour after the Train Derailment and toxic chemical fire.

427. Acrylonitrile has been classified by the U.S. Environmental Protection Agency ("EPA") as a probable human carcinogen. Acute (short-term) exposure to acrylonitrile via inhalation causes mucous membrane irritation, headaches, nausea, feelings of apprehension and

79

nervous irritability, limb weakness, labored and irregular breathing, dizziness and impaired judgment, cyanosis, nausea, collapse, and convulsions. Chronic (longer-term) exposure can result in lung cancer, headaches, fatigue, nausea, and weakness.

428. As a result of the derailment and the resulting fire, the combustion of acrylonitrile produced hydrogen cyanide gas, which can be rapidly fatal to people if inhaled in high concentrations. Lower concentrations affect the central nervous system (brain), the cardiovascular system (heart and blood vessels), and the pulmonary system (lungs).

429. A CSXT hazardous materials team did not arrive on the scene until over 2.5 hours after the Train Derailment.

430. CSXT did not control, mitigate, or remediate the release or extinguish the fire, but instead allowed it to burn, resulting in the spread of toxic smoke and particulates over a wide area, including the property of the Plaintiffs and members of the proposed Class. CSXT allowed the UTLX rail car to burn for approximately twenty (20) hours, releasing dense clouds of toxic and noxious smoke, fumes, and vapors into the air.

431. At least 87 people were forced to seek medical treatment at Blount Memorial Hospital in Maryville for symptoms related to exposure to the fire, including respiratory issues, skin irritation, and nausea, and at least 36 people were admitted to the hospital for further observation. At least ten first responders were also treated at the hospital after breathing the fumes, and had to go through a lengthy decontamination process and overnight observation.

432. The ruptured UTLX rail car released acrylonitrile and other toxic chemicals to the soil, ground water and surface water, contaminating at least one drinking water well and contaminating Culton Creek, causing a fish kill.

433. As a result of the derailment and the release of acrylonitrile into the surrounding

80

environment, government officials warned residents near the derailment site not to drink well water due to concerns about groundwater contamination.

434.     Over 5,000 people were ordered to evacuate from their homes and businesses within about 2 miles from the Train Derailment, while other residents were required to shelter in place in their homes. Shelters were opened by the local governments, and hundreds of people spent the night in the shelters. Others found their own accommodations outside the area. Numerous businesses were closed and highways were blocked in the area surrounding the evacuation zone.

435.     The mandatory evacuation lasted from the early morning of July 2, 2015 until the evening of July 3, 2015.

436.     The Environmental Protection Agency (EPA) stated that evacuees returning to their homes should be told that the smoke from the toxic chemical fire contained soot and particles that may have settled on their yard or gotten into their house and that smoke or fumes may have gotten trapped in their house.

437.     After the derailment, CSXT failed to properly investigate the cause of the derailment, which is indicative of a culture and past inactions failing to implement measures for prevention of derailments caused by overheated wheel bearings. In fact, CSXT had over 60 derailments resulting from overheated wheel bearings in the past 10 years but has not implemented measures that would have prevented the derailment in Maryville, Tennessee, which is at issue in this matter.

438.     Shortly after the derailment, CSXT asked both the engineer and conductor to provide written statements about what happened. CSXT produced the conductor's short, written statement, but failed to produce the statement of the engineer, who is the crew member who saw sparks while dragging the derailed tank car. CSXT intentionally destroyed, concealed, or

81

recklessly mishandled this statement containing material evidence with the purpose of wrongfully evading liability in this case.

## CLAIMS

## COUNT I (Private Nuisance)

439.    The foregoing Paragraphs of this Complaint are hereby re-alleged and incorporated by reference herein.

440.    Plaintiffs have an ownership or possessory interest in real property in or near Maryville, Tennessee, that lies within the area impacted by the Train Derailment.

441.    Through their acts and omissions in causing or contributing to the Train Derailment and toxic chemical fire, Defendants have created a substantial and unreasonable interference with Plaintiffs' use and enjoyment of their property.

442.    Defendants' acts and omissions in causing or contributing to the Train Derailment and toxic chemical fire forced the evacuation of Plaintiffs from their homes or forced them to shelter in place while the toxic chemical fire continued to release toxic smoke, fumes, and vapors.

443.    The Train Derailment and toxic chemical fire, by causing toxic smoke to fill the surrounding area, resulting in the evacuation of some Plaintiffs and resulting in some Plaintiffs sheltering in place, annoyed and disturbed the free use of their property, and rendered the property's ordinary use of physical occupation uncomfortable. The Train Derailment and toxic chemical fire, by causing toxic smoke to fill the surrounding area, resulting in the evacuation of some Plaintiffs and resulting in some Plaintiffs sheltering in place, endangered life or health, gave offense to the senses, and obstructed the reasonable and comfortable use of their property. *See, e.g., Freeman v. Norfolk Southern Corp.*, 2007 WL 2156753 at *2-*3 (E.D. Tenn., No. 3:03-CV-341, July 25, 2007).

82

444. The private nuisance created by Defendants is the proximate cause of damages to Plaintiffs in the form of real property damage, personal property damage, loss of income, out-of-pocket expenses, loss of use and enjoyment of property, aggravation and inconvenience, and fear, anxiety and mental anguish.

445. Defendants are liable for the damages suffered by the Plaintiffs as a result of Defendants' creation of a private nuisance.

## COUNT II (Negligence)

446. The foregoing Paragraphs of this Complaint are hereby re-alleged and incorporated by reference herein.

447. Defendant CSXT owes a duty of care to Plaintiffs to design, operate, inspect, maintain, and repair its trains and railroad tracks used in the transport of toxic chemicals so as to prevent derailments that would cause fires and release toxic chemicals into the surrounding community, including the duty to comply with all applicable federal and state regulations and industry safety standards. Defendant knew or reasonably should have known a breach of these duties would result in damages to Plaintiffs of the types which actually occurred in Maryville, Tennessee.

448. Defendant CSXT owes a duty of care to Plaintiffs to adequately inspect rail cars by a qualified inspector before operating a train, including a duty to comply with 49 C.F.R. §§ 215.11, 215.13, CSXT Operating Rules, and industry standards.

449. Defendant CSXT owes a duty of care to Plaintiffs to prevent rail cars with defective roller bearings from being placed into service or continued in service, including a duty to comply with 49 C.F.R. § 215.115, CSXT Operating Rules, and industry standards.

450. Defendant CSXT owes a duty of care to Plaintiffs to maintain devices capable of

83

detecting overheated rail car wheel roller bearings during operation of a train, including a duty to comply with CSXT Operating Rules and industry standards.

451. Defendant CSXT and its crew owe a duty of care to Plaintiffs to keep a lookout during operation of a train so that it can determine if a rail car has derailed and immediately stop a train if a derailment has occurred, including a duty to comply with CSXT Operating Rules and industry standards.

452. Defendant CSXT owes a duty of care to Plaintiffs to adequately train and supervise its crew and its dispatchers to comply with CSXT Operating Rules.

453. Defendant CSXT and its crew owe a duty of care to Plaintiffs to immediately identify the toxic chemicals involved in the derailment of tank cars and chemical fires and to immediately report the identity of the chemicals to emergency responders so that they can avoid exposure to the toxic chemicals, including a duty to comply with 49 C.F.R. §§ 172.600, 172.602, CSXT Operating Rules and industry standards.

454. Defendant CSXT also owes a duty of care to Plaintiffs to control, mitigate, and remediate toxic chemical releases from derailment of its trains and to extinguish toxic chemical fires as quickly and safely as possible.

455. Defendant CSXT also owes a duty of care to Plaintiffs to investigate train derailments in a manner that emphasizes prevention of derailments in accordance with federal rules and CSXT Operating Rules. This includes recognizing and investigating human factors causing derailments.

456. Among other breaches, Defendant CSXT breached its duty of care to Plaintiffs by failing to adequately inspect the tank car that derailed on July 1, 2015, prior to operation of the train, including violation of 49 C.F.R. §§ 215.11, 215.13, CSXT Operating Rules, and industry

84

standards.

457.    Among other breaches, Defendant CSXT breached its duty of care to Plaintiffs by failing to prevent the UTLX tank car with defective roller bearings from being placed into service or continued in service, including violation of 49 C.F.R. § 215.115, CSXT Operating Rules, and industry standards.

458.    Among other breaches, Defendant CSXT breached its duty of care to Plaintiffs by failing to maintain devices capable of detecting overheated rail car wheel roller bearings during operation of the train that derailed, including violation of CSXT Operating Rules and industry standards.

459.    Among other breaches, Defendant CSXT and its crew, Defendants Puckett and Brackett, breached their duty of care to Plaintiffs by failing to keep adequate lookout and immediately stop the train during the 9 miles CSXT dragged the derailed car before the derailed tank car ruptured and caught fire, which is also violation of CSXT Operating Rules and industry standards.

460.    Among other breaches, Defendant CSXT and its crew, Defendants Puckett and Brackett, breached their duty of care to Plaintiffs to immediately identify the toxic chemicals involved in the derailment of tank cars and chemical fires, to immediately report the identity of the chemicals to emergency responders, and to warn emergency responders of the hazard associated with exposure to such chemicals, which is also a violation of 49 C.F.R. §§ 172.600, 172.602, CSXT Operating Rules and industry standards.

461.    Among other breaches, Defendant CSXT breached its duty of care to Plaintiffs by failing to adequately train and supervise its crew and its dispatchers to comply with CSXT Operating Rules.

85

462. Among other breaches, Defendant CSXT breached its duty of care to Plaintiffs by failing to control, mitigate, and remediate the release of toxic chemicals and by failing to extinguish the toxic chemical fire as quickly and safely as possible.

463. Among other breaches, Defendant CSXT breached its duty of care to Plaintiffs by failing to investigate train derailments resulting from overheated bearings in a manner designed to prevent such derailments. The investigation in the instant case is indicative of the failure to adequately investigate, inter alia, human factors that would have prevented the derailment and resulting chemical fire, as are the 60 derailments resulting from overheated bearings on CSXT trains in the past 10 years.

464. Each of the breaches of duty set out above were a cause in fact and a proximate cause of damages to Plaintiffs, including damages to their property.

465. Defendant UTLX owes a duty of care to Plaintiffs to manufacture, inspect, maintain, repair and qualify its tank cars, including the wheel roller bearings, used in the transport of toxic chemicals so as to prevent derailments and prevent rupture of the tank cars that would cause fires and release toxic chemicals into the surrounding community, including the duty to adequately inspect its rail cars when they are in its shop for qualification, as required by 49 C.F.R. 180.509(k), and before they are placed in service, as required by 49 C.F.R. §§ 215.11 and 215.13; the duty to prevent rail cars with defective roller bearings from being placed into service or continued in service, as required by 49 C.F.R. § 215.115; the duty to incorporate available measures in the construction of its tank cars that are effective in detecting overheated roller bearings and preventing derailments of rail cars transporting hazardous materials; and the duty to comply with industry standards. Defendant UTLX knew or reasonably should have known a breach of these duties would result in damages to Plaintiffs of the types which actually occurred

86

in Maryville, Tennessee.

466. Among other breaches, Defendant UTLX breached its duty of care to Plaintiffs with regard to its tank car that derailed by: failing to replace the old roller bearing that overheated and failed by failing to properly inspect the old roller bearing on the subject tank car to prevent the failure, in violation of 49 C.F.R. §§ 215.11 and 215.13; by failing to prevent the subject tank car with defective roller bearing(s) from being placed into service or continued in service, in violation of 49 C.F.R. § 215.115; and by failing to install onboard hot bearing detectors on the subject tank car despite knowledge of the hazardous materials it carried and the inadequacy of other preventive measures, including trackside hot bearing detectors. These breaches were a cause in fact and a proximate cause of damages to Plaintiffs.

467. Defendants CSXT and UTLX combined and concurred in the operation, inspection, maintenance, or repair of the tank car that caused and contributed to the Train Derailment and toxic chemical fire.

468. The applicable federal regulations set out above were each enacted to protect a Class of citizens which includes the Plaintiffs. The damages to Plaintiffs are of the types that are prohibited by these statutes and regulations. Therefore, Defendants' violations constitute negligence *per se.*

469. If Defendants' violations of statutes and regulations do not constitute negligence per se, they are strong evidence of negligence, in that the statutory and regulatory requirements violated by Defendants establish a minimum duty of care which was breached by Defendants.

470. At all times relevant to this matter, Defendant CSXT was in control of the train that derailed, the UTLX car that ruptured and caught fire, and the tracks upon which the train was operated. The derailment and fire that occurred are the types of occurrences that do not ordinarily

87

Case 3:18-cv-00313-TAV-DCP   Document 1-1   Filed 07/31/18   Page 91 of 95   PageID #: 99

occur in the absence of negligence, and therefore, under Tennessee law and the doctrine of *res ipsa loquitur*, the jury can infer negligence.

471.    Defendants' negligence is the proximate cause of damages to Plaintiffs and other members of the Class in the form of real property damage, personal property damage, loss of income, out of pocket expenses, loss of use and enjoyment of property, aggravation and inconvenience, and fear, anxiety and mental anguish.

## COUNT III (Recklessness and Punitive Damages)

472.    The foregoing Paragraphs of this Complaint are hereby re-alleged and incorporated by reference herein.

473.    The failure of the CSXT crew to comply with CSXT Operating Rules by frequent onboard visual inspections of both sides of the train to detect the overheated roller bearing and the derailed tank car and their failure to stop the train after noticing sparks while they dragged the derailed tank car for 9 miles from the point of derailment constitutes recklessness.

474.    As a direct and proximate result of the recklessness of the CSXT crew, the tank car ruptured and caught fire, resulting in injury to the Plaintiffs and the Class Members.

475.    CSXT is vicariously liable for the recklessness of the CSXT crew, because CSXT was reckless in supervising and training them. CSXT failed to train and supervise the crew about the necessity and importance of frequent onboard visual inspections of both sides of the train. CSXT also improperly trained and supervised the crew such that the crew did not stop the train immediately after seeing sparks from the derailed tank car, in violation of CSXT Operating Rules. CSX's recklessness in supervising and training the CSXT crew was the proximate cause of the reckless behavior of the CSXT crew.

476.    The failure of the CSXT crew to identify the toxic chemical involved in the

88

derailment of the tank car and chemical fire and to provide information on the hazards of the toxic chemical and proper emergency response for over an hour constitutes recklessness.

477. As a direct and proximate result of the recklessness of the CSXT crew, the toxic chemical fire, the resulting smoke, vapors, and fumes, and the area and length of time of the evacuation were extended, causing further injury to the Plaintiffs and the Class Members.

478. CSXT is vicariously liable for the recklessness of the CSXT crew, because CSXT was reckless in supervising and training the crew. CSXT recklessly failed to train the crew of a hazardous materials "Key Train" to respond to the toxic chemical fire in a manner which complied with federal hazardous materials regulations and CSXT Operating Rules. CSXT's recklessness was the proximate cause of the reckless behavior of the CSXT crew.

479. The failure of UTLX to track and replace old, defective wheel bearings on its tank cars constitutes recklessness.

480. The failure of UTLX to replace the old, defective wheel bearing by replacing all four wheelsets when it replaced one wheelset during the time in the UTLX shop in 2013 constitutes recklessness.

481. As a result of the recklessness of CSXT and UTLX, the Plaintiffs and the Class Members are entitled to recover punitive damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray the Court as follows:

1. Award Plaintiffs damages in the amount greater than Twenty-five Thousand Dollars ($25,000) each sufficient to compensate them for real property damage, personal property damage, loss of income, out of pocket expenses, loss of use and enjoyment of property, aggravation and inconvenience, and fear, anxiety and mental anguish.

89

2.    Award punitive damages to the Plaintiffs in an amount greater than One Million Dollars ($1,000,000) sufficient to punish CSXT and deter similar misconduct in the future by the CSXT and others. The cap on the amount of punitive damages in Tenn. Code Ann. § 29-39-104(a)(5) does not apply because CSXT intentionally destroyed or concealed records containing material evidence with the purpose of wrongfully evading liability in this case.

3.    Award attorney fees and costs and expenses incurred in connection with the litigation of this matter.

4.    Award such other and further relief as this Court may deem just, proper, and equitable.

A JURY IS DEMANDED TO TRY THIS CASE.

Respectfully submitted this 29th day of June, 2018.

_____

Craig L. Garrett, Tenn. Bar No. 10227
CRAIG L. GARRETT, ATTORNEY AT LAW PLLC
607 Smithview Dr.
Maryville, TN 37803
T: (865) 984-8200
F: (865) 981-2833
CGarrett@cgarrettlaw.com

H. Douglas Nichol, Tenn. Bar No. 005080
Nichol & Associates
6759 Baum Drive
Knoxville, TN 37919
T: 865-588-7465
F: 865-588-2883
dnichol@nicholassociates.com

Beecher A. Bartlett, Jr., Tenn. Bar No. 010198
KRAMER RAYSON LLP
800 S. Gay Street, Ste. 2500
Knoxville, Tennessee 37929
T: (865) 525-5134
F: (865) 522-5723
bbartlett@kramer-rayson.com

90

Gary A. Davis, Tenn. Bar No. 009766
DAVIS & WHITLOCK, P.C.
21 Battery Park Ave., Suite 206
Asheville, NC 28801
T: (828) 622-0044
F: (828) 398-0435
gadavis@enviroattorney.com
jwhitlock@enviroattorney.com

Todd J. Moody, Tenn. Bar No. 012444
HAGOOD MOODY HODGE PLC
900 S. Gay St., Suite 2100
Knoxville, TN 37902
T: (865) 525-7313
toddmoody@hagoodmoodyhodge.com
jeffhagood@hagoodmoodyhodge.com

David Karnas, Ariz. Bar No. 013728
(admission *Pro Hac Vice* requested)
Karnas Law Firm, PLLC
565 S. 4th Ave
Yuma, AZ 85364
T: (520) 609-6500
karnas@karnaslaw.com

ATTORNEYS FOR PLAINTIFFS

91