JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
CANDY ANGELL, et al.

## DEFENDANTS
CSX TRANSPORTATION, INC., et al.

**(b)** County of Residence of First Listed Plaintiff   **BLOUNT, TN**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   DUVAL, FL
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Gary A. Davis, Esq., DAVIS & WHITLOCK, P.C.
21 Battery Park Avenue, Suite 206, Asheville, NC 28801
(828) 622-0044

Attorneys *(If Known)*
John W. Baker, Jr., Esq., BAKER, O'KANE, ATKINS & THOMPSON,
PLLP, 2607 Kingston Pike, Suite 200, Knoxville, TN 37919
(865) 637-5600

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

◻ 1  U.S. Government
    Plaintiff

◻ 3  Federal Question
    *(U.S. Government Not a Party)*

◻ 2  U.S. Government
    Defendant

☒ 4  Diversity
    *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ◻ 1 | Incorporated *or* Principal Place of Business In This State | ◻ 4 | ◻ 4 |
| Citizen of Another State | ◻ 2 | ◻ 2 | Incorporated *and* Principal Place of Business In Another State | ◻ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ◻ 3 | ◻ 3 | Foreign Nation | ◻ 6 | ◻ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ◻ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ◻ 625 Drug Related Seizure of Property 21 USC 158 | ◻ 422 Appeal 28 USC 158 | ◻ 375 False Claims Act |
| ◻ 120 Marine | ◻ 310 Airplane | ◻ 365 Personal Injury - | ◻ 690 Other | ◻ 423 Withdrawal 28 USC 157 | ◻ 400 State Reapportionment |
| ◻ 130 Miller Act | ◻ 315 Airplane Product | Product Liability | | | ◻ 410 Antitrust |
| ◻ 140 Negotiable Instrument | Liability | ◻ 367 Health Care/ | | **PROPERTY RIGHTS** | ◻ 430 Banks and Banking |
| ◻ 150 Recovery of Overpayment | ◻ 320 Assault, Libel & | Pharmaceutical | | ◻ 820 Copyrights | ◻ 450 Commerce |
| & Enforcement of Judgment | Slander | Personal Injury | | ◻ 830 Patent | ◻ 460 Deportation |
| ◻ 151 Medicare Act | ◻ 330 Federal Employers' | Product Liability | | ◻ 840 Trademark | ◻ 470 Racketeer Influenced and |
| ◻ 152 Recovery of Defaulted | Liability | ◻ 368 Asbestos Personal | | | Corrupt Organizations |
| Student Loans | ◻ 340 Marine | Injury Product | | **SOCIAL SECURITY** | ◻ 480 Consumer Credit |
| (Excludes Veterans) | ◻ 345 Marine Product | Liability | **LABOR** | ◻ 861 HIA (1395ff) | ◻ 490 Cable/Sat TV |
| ◻ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ◻ 710 Fair Labor Standards | ◻ 862 Black Lung (923) | ◻ 850 Securities/Commodities/ |
| of Veteran's Benefits | ◻ 350 Motor Vehicle | ◻ 370 Other Fraud | Act | ◻ 863 DIWC/DIWW (405(g)) | Exchange |
| ◻ 160 Stockholders' Suits | ◻ 355 Motor Vehicle | ◻ 371 Truth in Lending | ◻ 720 Labor/Management | ◻ 864 SSID Title XVI | ◻ 890 Other Statutory Actions |
| ◻ 190 Other Contract | Product Liability | ◻ 380 Other Personal | Relations | ◻ 865 RSI (405(g)) | ◻ 891 Agricultural Acts |
| ◻ 195 Contract Product Liability | ☒ 360 Other Personal | Property Damage | ◻ 740 Railway Labor Act | | ◻ 893 Environmental Matters |
| ◻ 196 Franchise | Injury | ◻ 385 Property Damage | ◻ 751 Family and Medical | | ◻ 895 Freedom of Information |
| | ◻ 362 Personal Injury - | Product Liability | Leave Act | | Act |
| | Medical Malpractice | | ◻ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ◻ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ◻ 791 Employee Retirement | ◻ 870 Taxes (U.S. Plaintiff | ◻ 899 Administrative Procedure |
| ◻ 210 Land Condemnation | ◻ 440 Other Civil Rights | **Habeas Corpus:** | Income Security Act | or Defendant) | Act/Review or Appeal of |
| ◻ 220 Foreclosure | ◻ 441 Voting | ◻ 463 Alien Detainee | | ◻ 871 IRS—Third Party | Agency Decision |
| ◻ 230 Rent Lease & Ejectment | ◻ 442 Employment | ◻ 510 Motions to Vacate | | 26 USC 7609 | ◻ 950 Constitutionality of |
| ◻ 240 Torts to Land | ◻ 443 Housing/ | Sentence | | | State Statutes |
| ◻ 245 Tort Product Liability | Accommodations | ◻ 530 General | | | |
| ◻ 290 All Other Real Property | ◻ 445 Amer. w/Disabilities - | ◻ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment | **Other:** | ◻ 462 Naturalization Application | | |
| | ◻ 446 Amer. w/Disabilities - | ◻ 540 Mandamus & Other | ◻ 465 Other Immigration | | |
| | Other | ◻ 550 Civil Rights | Actions | | |
| | ◻ 448 Education | ◻ 555 Prison Condition | | | |
| | | ◻ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

◻ 1  Original
    Proceeding

☒ 2  Removed from
    State Court

◻ 3  Remanded from
    Appellate Court

◻ 4  Reinstated or
    Reopened

◻ 5  Transferred from
    Another District
    *(specify)*

◻ 6  Multidistrict
    Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332(d)(11) and 1453 Class Action Fairness Act of 2005

Brief description of cause:
Train derailment

## VII. REQUESTED IN COMPLAINT:

◻ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ◻ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*  JUDGE _____  DOCKET NUMBER _____

DATE
07/31/2018

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE