UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| CANDY ANGELL, ET AL., | ) |
|---|---|
| Plaintiffs, | ) ) ) |
| v. | ) No.: 3:18-cv-313-TAV-DCP ) |
| CSX TRANSPORTATION, INC., ET AL., | ) ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiffs' Counsel's December 3, 2019 Motion [Doc. 34], seeking to dismiss Non-Consenting Named Plaintiffs without prejudice and to allow plaintiffs' counsel to withdraw from their representation. On February 28, 2020, this Court held a Final Hearing to consider the instant motion. After hearing the arguments of counsel, and the Special Master having given notice of such Hearing to those Non-Consenting Named CSX and Union Tank Property Plaintiffs, and after none of those Non-Consenting Named CSX and Union Tank Property Plaintiffs appeared in Court to sign the necessary Releases to participate in the Settlement, it is the decision of this Court that plaintiffs' counsel's motion [Doc. 34] is hereby **GRANTED**.

The Court finds as follows:

1. On December 3, 2019, plaintiffs' counsel filed the instant motion, requesting (1) the Court's permission to withdraw as counsel for the then 172 Non-Consenting CSX and 197 Non-Consenting Union Tank Property Named Plaintiffs (a list of which was filed as Exhibits A and B to the motion,

respectively), (2) a hearing on said motion, (3) the approval of the Settlement as to the Consenting CSX and Union Tank Property Named Plaintiffs, and (4) the dismissal of those Non-Consenting Named CSX and Union Tank Property Plaintiffs who failed to appear at the hearing for a final chance to accept the terms of the Settlement, pursuant to the Court's August 13, 2019 Order [Doc. 33].

2. There are <u>393</u> Named Plaintiffs named in the Complaint.[1]

3. In accordance with this Court's August 13, 2019 Order, the Named Plaintiffs were all provided due and proper notice to settle their property claims with CSX and Union Tank. On September 20, 2019, the Special Master notified the Named Plaintiffs by mail of the Union Tank Property Settlement and provided them a final opportunity to submit a Release in the CSX Property Settlement. On October 17, 2019, the Special Master notified by mail, again, the Non-Consenting Named CSX and Union Tank Property Plaintiffs of the need for them to execute Releases in the Settlements and inviting them to town hall meetings on October 27, 2019, and October 28, 2019, at the Maryville, Tennessee Public Library, to sign the Releases. During the week of October 21, 2019, and prior to the town hall meetings, the Special Master and his staff attempted to contact the Non-Consenting Named CSX and Union Tank Property Plaintiffs via telephone to invite them to the meetings.

---

[1]. Although 394 are listed in the Complaint, one Plaintiff (Christina Cody) is listed twice.

For any returned mail the Special Master received, his staff attempted to find new addresses for the Named Plaintiffs, using all available skip tracing methods available to him. This provided fair and adequate Notice for all Named Plaintiffs to settle under the August 13, 2019 Order.

4. As recited in the Special Master's February 27, 2020 Supplemental Report to the instant motion, filed in camera with the Court, pursuant to the Court's January 9, 2020 Amended Order [Doc. 36] requiring fair and adequate Notice to the Non-Consenting Named CSX and Named Union Tank Property Plaintiffs, the Special Master notified by mail all the Named Non-Consenting CSX and Union Tank Property Plaintiffs of the 1:00 p.m. February 28, 2020 Final Hearing, by providing each with a copy of the January 9, 2020 Amended Order and informing each of the need to appear at the Hearing or submit his or her Releases to the Special Master prior to the Hearing date. The Notice also included a copy of the instant motion, and a copy of the CSX and Union Tank Settlement Releases for any Non-Consenting Named Plaintiff to complete if he or she decided to participate in the Settlement.

5. After this extensive Notice program, as of March 3, 2020, <u>258</u> Named Plaintiffs have settled with CSX and <u>237</u> Named Plaintiffs have settled with Union Tank, with <u>228</u> Named Plaintiffs settling with both defendants.[2] As

---

[2.] Eight have incomplete CSX Releases, and one has an incomplete Union Tank Release, and they are being asked to complete them.

3

Case 3:18-cv-00313-TAV-DCP   Document 39   Filed 03/17/20   Page 3 of 6   PageID #: 406

of the same date, 135 Named Plaintiffs have not settled with CSX and 156 Named Plaintiffs have not settled with Union Tank. They are listed in camera in Exhibits A and B, respectively, to this Order. The Settlement should be approved for those Named Plaintiffs who have now consented thereto.

6. Following the above-detailed Notice, in accordance with the Court's August 13, 2019 Order, the Non-Consenting Named CSX and Named Union Tank Property Plaintiffs, listed in camera in Exhibits A and B to the instant motion, respectively, were provided one last Notice to participate in the Settlement by providing them a copy of the motion, and by providing them a Notice of when the Hearing on the motion was set. They were invited to appear at the Hearing and to sign the necessary documentation to participate in the Settlement.

7. On January 9, 2020, the Court entered an Amended Order, setting the Final Hearing and commanding the presence of those Non-Consenting Named CSX and Named Union Tank Property Plaintiffs, and notifying them that their failure to appear would result in the dismissal of their case. The still Non-Consenting Named CSX and Union Tank Plaintiffs listed in camera in Exhibits A and B to this Order are listed in camera in Exhibits A and B to the motion, showing that they were afforded due and adequate notice as provided in the Court's January 9, 2020 Amended Order.

8. No plaintiffs appeared at the scheduled Final Hearing to accept the Settlement.

9. As of March 3, 2020, 135 Named Plaintiffs have not settled with CSX and 156 Named Plaintiffs have not settled with Union Tank. Those Named Plaintiffs who failed to appear or settle are listed in camera in Exhibit A as to the CSX Non-Settling Named Plaintiffs and in Exhibit B as to the Union Tank Non-Settling Plaintiffs.

Accordingly, the motion [Doc. 34] is **GRANTED**, and the Court **ORDERS** as follows:

1. The proposed Settlements of the Consenting CSX and Union Tank Named Plaintiffs are hereby approved for the consenting Named Plaintiffs, with the Defendants to pay the agreed Settlement amounts to the Special Master to deposit in the already established Maryville Qualified Settlement Fund.

2. Plaintiffs' Counsel are hereby permitted to withdraw from their representation of those Non-Consenting Named CSX and Named Union Tank Property Plaintiffs listed in camera in Exhibits A and B to this Order, respectively.

3. The claims of each of those Named Non-Consenting CSX and Union Tank Property Plaintiffs listed in camera in Exhibits A and B to this Order, are hereby **DISMISSED without prejudice** and with leave to refile within sixty (60) days of this order. Thereafter, if such Named Plaintiffs fail to refile his

or her case, this Court shall enter an order dismissing his or her case with prejudice without additional notice and without an additional hearing.

4. The Special Master is instructed to provide written Notice to the Non-Consenting Named Plaintiffs listed in camera in Exhibits A and B to this Order by providing them a copy of this Order and transmitting it by U.S. mail First-Class postage pre-paid to their last known address with the transmittal letter informing them that they are Non-Consenting Named Plaintiffs whose rights are materially affected by this Order, and that immediate action on their part to protect their rights is necessary.

5. Costs are taxed as paid.

**IT IS SO ORDERED.**

<pre>
                              s/ Thomas A. Varlan
                              UNITED STATES DISTRICT JUDGE
</pre>