UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| CANDY ANGELL, ET AL., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | No.: 3:18-cv-313-TAV-DCP |
| CSX TRANSPORTATION, INC., ET AL., | ) | |
| Defendants. | ) | |

## ORDER OF PRO TANTO DISMISSAL WITH PREJUDICE
## OF THE CSX DEFENDANTS BY THE CSX SETTLING PLAINTIFFS

Based on the Motion for Pro Tanto Dismissal with Prejudice by 258 of the 393 Plaintiffs, (the "CSX Settling Plaintiffs"), CSX Transportation, Inc, Ralph Brackett and Michael Puckett, (the "CSX Defendants"), and all claims against them are hereby dismissed with prejudice, costs taxed as paid.

The CSX Settling Plaintiffs are listed below:

| Plaintiff Number | Plaintiff Name | Plaintiff Number | Plaintiff Name |
|---|---|---|---|
| 1 | Alonso, Amanda | 130 | Key, Linda J |
| 2 | Alonso, Jaydan | 131 | Kirby, Billy G. |
| 3 | Angell, Candy M. | 132 | Kirkland, Shaina |
| 4 | Ballard, Mikhayla K. | 133 | Kivett, Jane E. |
| 5 | Banton, Donna B. | 134 | Klemt, Edward E |
| 6 | Banton, Joshua L | 135 | Lands, Jesse |
| 7 | Banton, Steven A. | 136 | Lawson, Renee Crystal |
| 8 | Barker, Rhonda | 137 | Lewis, Bobby Lloyd |
| 9 | Bass, Austin | 138 | Light, Mitchell Taylor |
| 10 | Batts, Ashley N. | 139 | Lindsay, Elise D |
| 11 | Beal, Peggy M. | 140 | Lindsey, Brenda |
| 12 | Beal, Zachary M. | 141 | Long, David Blake |
| 13 | Beaty, James H | 142 | Loy, Jessica Angelic |
| 14 | Best, Roger H. | 143 | Loy, Makali Frionna |

| | | | |
|---|---|---|---|
| 15 | Best, Shelia T. | 144 | Lundy, Charles E |
| 16 | Bittles, David P. | 145 | Lundy, Cheryl A |
| 17 | Bittles, Jacob Paul | 146 | Maples, Joshua E. |
| 18 | Bittles, Patricia L. | 147 | Maples, Rebecca N. |
| 19 | Bock, Alan D. | 148 | Marshall, Bobby |
| 20 | Bock, Maryann Phyliss | 149 | Marshall, Doris Annette |
| 21 | Bock, Tara J. | 150 | McAdams, Edward Earl |
| 22 | Boyd, Devin R. | 151 | McAdams, Pamela |
| 23 | Bradshaw, Cynthia Sue | 152 | McBee, Lisa |
| 24 | Bradshaw, Michael Timothy | 153 | McBee, Michael |
| 25 | Briggs, Susan Kimberly | 154 | McBee, Steven |
| 26 | Brown, Kai | 155 | McCauley, Kinnie J. |
| 27 | Brown, Suhn | 156 | McKee, Sherry L. |
| 28 | Cable, Joyce | 157 | McKelvey, Rosa M. |
| 29 | Carr, Georgia K | 158 | McLaughlin, Brandon R. |
| 30 | Carter, Lisa L. | 159 | McLaughlin, Edward V. |
| 31 | Carter, Stacy R. | 160 | McNish, David Scott |
| 32 | Clements, Irene | 161 | Meaux, Nicole M. |
| 33 | Clowney, Shirley | 162 | Melchert, Catherine |
| 34 | Clowney, Jr, Cato | 163 | Mims, William M. |
| 35 | Cody, Christina L. | 164 | Minor, Shannon |
| 36 | Cody, Joe W. | 165 | Minor, Stacey Krout |
| 37 | Collins, Alexander S. | 166 | Miracle, Anna Lou |
| 38 | Collins, Charles L. | 167 | Monleon, Katya G. |
| 39 | Collins, Elizabeth G. | 168 | Montgomery, Connie C. |
| 40 | Collins, Jeanette | 169 | Montgomery, William J |
| 41 | Collins, Joella Michelle | 170 | Moore, Navada C. |
| 42 | Collins, Samantha J. | 171 | Mulhauser, John G. |
| 43 | Collins, Samuel | 172 | Mull, Steven C |
| 44 | Cooper, Brittany M. | 173 | Myers, Amanda K. |
| 45 | Cooper, Diana Sue | 174 | Myers, Brian Aaron Lee |
| 46 | Cooper, Lora Lea | 175 | Narveson, Betty |
| 47 | Cooper, Rebecca D. | 176 | Narveson, Clayton |
| 48 | Cooper, Samantha L. | 177 | Negele, Brian R |
| 49 | Crowe, Charles H | 178 | Negele, Diane M |
| 50 | Crume, Patricia A. | 179 | Negele, Robert |
| 51 | Cummings, Lesa D | 180 | Nelson, Darren M. |
| 52 | Dacosta, Taheera N. | 181 | Newman, Angela R. |
| 53 | Dang, Chau | 182 | Ogle, Tammy |
| 54 | Decker, Lisa Kay | 183 | Ohsick, Jody A. |

| | | | |
|---|---|---|---|
| 55 | Delfyette, David W. | 184 | Ohsick, III, Frederick C. |
| 56 | Dellinger, Iva R. | 185 | Oldham, Michael L. |
| 57 | Dellinger, Stephen B. | 186 | Oldham, Tina M. |
| 58 | Dickerson, Major | 187 | Oldham, Jr., John F. |
| 59 | Dickerson, Rhonda | 188 | Oleson, Mary Louise |
| 60 | Dilly, John | 189 | Ousley, Miranda |
| 61 | Douglas, Sierra Christina | 190 | Ownsby, Fred Neal |
| 62 | Duncan, Brenda | 191 | Ownsby, Teresa M. |
| 63 | Duncan, Marvin | 192 | Patterson, Darlene F. |
| 64 | Duong, Nga | 193 | Payne, Barbara J. |
| 65 | Edgar, David | 194 | Payne, Flora A. |
| 66 | Evans, Dillard Eugene | 195 | Pratt, Bradley Neal |
| 67 | Evans, Kipper Eugene | 196 | Presnell, Rebecca Jo-Ann |
| 68 | Evans, Patricia A. | 197 | Pruett, Travis H. |
| 69 | Evans, Sarah M. | 198 | Pulley, Joshua D. |
| 70 | Everett, Shannon | 199 | Purkey, Dennis R. |
| 71 | Everett, William | 200 | Pyron, Pam |
| 72 | Fagg, Carl J | 201 | Pyron, Ronald B. |
| 73 | Fagg, Florence Sue | 202 | Randles, Charles M |
| 74 | Fagg, Michael R. | 203 | Reyes - Vidal, Carolina |
| 75 | Farr, Matthew S | 204 | Reyes-Vidal, Monica |
| 76 | Farr, Robert F | 205 | Ricks, Marcella |
| 77 | Finley, Charles | 206 | Ricks, Michael Wayne |
| 78 | Finley, Glenn E. | 207 | Robbins, Ashley M. |
| 79 | Flynn, Lynda D. | 208 | Robbins, Joseph R. |
| 80 | Fraley, James | 209 | Roberts, Ada Grace |
| 81 | Fuller, Melody S. | 210 | Roberts, Ralph L. |
| 82 | Gallagher, Angela R. | 211 | Rolen-Rose, Angela Lynn |
| 83 | Gallagher, Mark J. | 212 | Rose, Katie S. |
| 84 | Garcia, Noel | 213 | Rucker, Stephen Tyler |
| 85 | Garcia-Reyes, Luis A. | 214 | Samuel, George |
| 86 | Garcia-Reyes, Miriam | 215 | Sanders, Gloria J. |
| 87 | Garland, Karen Lee | 216 | Sanders, Ralph B. |
| 88 | Gasche, Cameron J. | 217 | Sell, John A. |
| 89 | Gasche, Lisa C. | 218 | Shannon, Shirley E. |
| 90 | Gasche, Stephanie S. | 219 | Sheets, Glenn A |
| 91 | Gibbs, Vanessa A. | 220 | Sheets, Lucy |
| 92 | Gillespie, Darren Matthew | 221 | Shields, Sharon H |
| 93 | Goldberg, Angela C. | 222 | Shoffner, Carolyn Sue |
| 94 | Goodson, Brad A. | 223 | Shoffner, Reed |

| | | | |
|---|---|---|---|
| 95 | Green, Samuel D | 224 | Shroyer, David Ray |
| 96 | Gregory, Robert S. | 225 | Shroyer, Henry Lee |
| 97 | Gregory Anderson, Wanda S. | 226 | Springstead, Gary |
| 98 | Hall, George W. | 227 | Stegall, Michael |
| 99 | Hall, Natasha Lorea | 228 | Stempfley, Eric Shane |
| 100 | Hall, Tammy Lynn | 229 | Swartz, Timothy Allen |
| 101 | Hannum, Lamar | 230 | Tallent, Deborah L. |
| 102 | Headrick, Sarah | 231 | Taylor, Barbara Anne |
| 103 | Hearon, Faye L. | 232 | Taylor, Steven Bart |
| 104 | Hendricks, Tracie | 233 | Tipton, Cynthia Anne |
| 105 | Hendricks, William | 234 | Tipton, Steve C |
| 106 | Higgins, Robert L. | 235 | Urban, Russell J. |
| 107 | Hilton, Carley B. | 236 | Valentine, Heidi Kathleen |
| 108 | Holder, Donald L. | 237 | Valentine, Robert Craig |
| 109 | Holder, Sharon D | 238 | Waddell, Deborah A. |
| 110 | Holt, Claretta | 239 | Walker, Troy F. |
| 111 | Hubbard, Ginger D. | 240 | Wall, Crystal E. |
| 112 | Hubbard, Harold E. | 241 | Walton, Catheryn R. |
| 113 | Hubbard, Teddy A. | 242 | Walton, Charles Richard |
| 114 | Hughes, Mary Jane | 243 | Walton, Kyle E. |
| 115 | Hurst, Ray Howard | 244 | Ward, Gerrit Antoni |
| 116 | Hurst, Scott Matthew | 245 | Ware, Kimberly D |
| 117 | Ingle, Sandra L. | 246 | Ware, Tonie |
| 118 | Jeffries, Jon M | 247 | Watson, Bob Keith |
| 119 | Jenkins, Donna Gail | 248 | Weaver, Emory F |
| 120 | Jenkins, Terry M. | 249 | Weiland, Jennine C |
| 121 | Jennings, Timothy J. | 250 | Weiland, Nicholas B. |
| 122 | Jensen, Brittany L. | 251 | Weiland, Nicholas B. |
| 123 | Jones, Estate of Dedra F. | 252 | West, Austin |
| 124 | Jones, Estate of Franklin | 253 | Whitehead, Kelsey Beshea |
| 125 | Jones, Geraldine | 254 | Williams, Candace N. |
| 126 | Jones, Jeffrey | 255 | Williams, Clarence J |
| 127 | Jones, Steven | 256 | Williams, Johnathan |
| 128 | Jordan, Nicholas G | 257 | Wilson, Linda |
| 129 | Kean, Angela D | 258 | Wren, Arnequa M. |

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

4

Case 3:18-cv-00313-TAV-DCP   Document 42   Filed 04/28/20   Page 4 of 4   PageID #: 438