UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| CANDY ANGELL, ET AL., | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:18-cv-313-TAV-DCP |
| | ) | | |
| CSX TRANSPORTATION, INC., ET AL., | ) | | |
| | ) | | |
| Defendants. | ) | | |

## ORDER OF PRO TANTO DISMISSAL WITH PREJUDICE OF UNION TANK BY THE UNION TANK SETTLING PLAINTIFFS

Based on the Motion for Pro Tanto Dismissal with Prejudice by 237 of the 393 Plaintiffs, (the "Union Tank Settling Plaintiffs"), Union Tank Car Company ("Union Tank"), and all claims against it are hereby dismissed with prejudice, costs taxed as paid.

The Union Tank Settling Plaintiffs are listed below:

| Plaintiff Number | Plaintiff Name | Plaintiff Number | Plaintiff Name |
|---|---|---|---|
| 1 | Alonso, Amanda | 120 | Kean, Angela D |
| 2 | Alonso, Jaydan | 121 | Key, Linda J |
| 3 | Angell, Candy M. | 122 | Kirby, Billy G. |
| 4 | Ballard, Mikhayla K. | 123 | Kirkland, Shaina |
| 5 | Banton, Donna B. | 124 | Kivett, Jane E. |
| 6 | Banton, Joshua L | 125 | Klemt, Edward E |
| 7 | Banton, Steven A. | 126 | Lands, Jesse |
| 8 | Bass, Austin | 127 | Lawson, Renee Crystal |
| 9 | Batts, Ashley N. | 128 | Lewis, Bobby Lloyd |
| 10 | Beal, Peggy M. | 129 | Light, Mitchell Taylor |
| 11 | Beal, Zachary M. | 130 | Lindsay, Elise D |
| 12 | Beaty, James H | 131 | Lindsey, Brenda |
| 13 | Best, Roger H. | 132 | Loy, Jessica Angelic |
| 14 | Best, Shelia T. | 133 | Loy, Makali Frionna |
| 15 | Bittles, David P. | 134 | Lundy, Charles E |
| 16 | Bittles, Jacob Paul | 135 | Lundy, Cheryl A |

| | | | |
|---|---|---|---|
| 17 | Bittles, Patricia L. | 136 | Maples, Joshua E. |
| 18 | Bock, Alan D. | 137 | Maples, Rebecca N. |
| 19 | Bock, Maryann Phyliss | 138 | Marshall, Bobby |
| 20 | Bock, Tara J. | 139 | Marshall, Doris Annette |
| 21 | Boyd, Devin R. | 140 | McAdams, Edward Earl |
| 22 | Bradshaw, Cynthia Sue | 141 | McAdams, Pamela |
| 23 | Bradshaw, Michael Timothy | 142 | McBee, Lisa |
| 24 | Briggs, Susan Kimberly | 143 | McBee, Michael |
| 25 | Brown, Kai | 144 | McBee, Steven |
| 26 | Cable, Joyce | 145 | McCauley, Kinnie J. |
| 27 | Carr, Georgia K | 146 | McKee, Sherry L. |
| 28 | Carter, Lisa L. | 147 | McKelvey, Rosa M. |
| 29 | Carter, Stacy R. | 148 | McLaughlin, Brandon R. |
| 30 | Clements, Irene | 149 | McLaughlin, Edward V. |
| 31 | Clowney, Shirley | 150 | McNish, David Scott |
| 32 | Clowney, Jr, Cato | 151 | Melchert, Catherine |
| 33 | Cody, Christina L. | 152 | Mims, William M. |
| 34 | Cody, Joe W. | 153 | Minor, Shannon |
| 35 | Collins, Alexander S. | 154 | Minor, Stacey Krout |
| 36 | Collins, Charles L. | 155 | Miracle, Anna Lou |
| 37 | Collins, Elizabeth G. | 156 | Monleon, Katya G. |
| 38 | Collins, Jeanette | 157 | Montgomery, Connie C. |
| 39 | Collins, Joella Michelle | 158 | Montgomery, William J |
| 40 | Collins, Samantha J. | 159 | Moore, Navada C. |
| 41 | Collins, Samuel | 160 | Mulhauser, John G. |
| 42 | Cooper, Brittany M. | 161 | Mull, Steven C |
| 43 | Cooper, Diana Sue | 162 | Myers, Amanda K. |
| 44 | Cooper, Lora Lea | 163 | Myers, Brian Aaron Lee |
| 45 | Cooper, Rebecca D. | 164 | Narveson, Betty |
| 46 | Cooper, Samantha L. | 165 | Narveson, Clayton |
| 47 | Crowe, Charles H | 166 | Negele, Brian R |
| 48 | Crume, Patricia A. | 167 | Negele, Diane M |
| 49 | Cummings, Lesa D | 168 | Negele, Robert |
| 50 | Dacosta, Taheera N. | 169 | Nelson, Darren M. |
| 51 | Dang, Chau | 170 | Newman, Angela R. |
| 52 | Decker, Lisa Kay | 171 | Ogle, Tammy |
| 53 | Delfyette, David W. | 172 | Ohsick, Jody A. |
| 54 | Dellinger, Iva R. | 173 | Ohsick, III, Frederick C. |
| 55 | Dellinger, Stephen B. | 174 | Oldham, Michael L. |

| | | | |
|---|---|---|---|
| 56 | Dickerson, Major | 175 | Oldham, Tina M. |
| 57 | Dickerson, Rhonda | 176 | Oldham, Jr., John F. |
| 58 | Dilly, John | 177 | Oleson, Mary Louise |
| 59 | Douglas, Sierra Christina | 178 | Ousley, Miranda |
| 60 | Duncan, Brenda | 179 | Ownsby, Fred Neal |
| 61 | Duncan, Marvin | 180 | Ownsby, Teresa M. |
| 62 | Duong, Nga | 181 | Patterson, Darlene F. |
| 63 | Edgar, David | 182 | Payne, Barbara J. |
| 64 | Evans, Dillard Eugene | 183 | Payne, Flora A. |
| 65 | Evans, Kipper Eugene | 184 | Pratt, Bradley Neal |
| 66 | Evans, Patricia A. | 185 | Presnell, Rebecca Jo-Ann |
| 67 | Evans, Sarah M. | 186 | Pruett, Travis H. |
| 68 | Fagg, Carl J | 187 | Pulley, Joshua D. |
| 69 | Fagg, Florence Sue | 188 | Purkey, Dennis R. |
| 70 | Fagg, Michael R. | 189 | Pyron, Pam |
| 71 | Farr, Matthew S | 190 | Pyron, Ronald B. |
| 72 | Farr, Robert F | 191 | Randles, Charles M |
| 73 | Finley, Charles | 192 | Reyes - Vidal, Carolina |
| 74 | Fraley, James | 193 | Reyes-Vidal, Monica |
| 75 | Fuller, Melody S. | 194 | Ricks, Marcella |
| 76 | Gallagher, Angela R. | 195 | Ricks, Michael Wayne |
| 77 | Gallagher, Mark J. | 196 | Roberts, Ada Grace |
| 78 | Garcia, Noel | 197 | Roberts, Ralph L. |
| 79 | Garcia-Reyes, Luis A. | 198 | Rolen-Rose, Angela Lynn |
| 80 | Garcia-Reyes, Miriam | 199 | Rose, Katie S. |
| 81 | Garland, Karen Lee | 200 | Rucker, Stephen Tyler |
| 82 | Gasche, Cameron J. | 201 | Samuel, George |
| 83 | Gasche, Lisa C. | 202 | Sanders, Gloria J. |
| 84 | Gasche, Stephanie S. | 203 | Sanders, Ralph B. |
| 85 | Gibbs, Vanessa A. | 204 | Sell, John A. |
| 86 | Gillespie, Darren Matthew | 205 | Shannon, Shirley E. |
| 87 | Goldberg, Angela C. | 206 | Sheets, Glenn A |
| 88 | Goodson, Brad A. | 207 | Sheets, Lucy |
| 89 | Green, Samuel D | 208 | Shields, Sharon H |
| 90 | Gregory, Robert S. | 209 | Shoffner, Carolyn Sue |
| 91 | Gregory Anderson, Wanda S. | 210 | Shoffner, Reed |
| 92 | Hall, George W. | 211 | Shroyer, David Ray |
| 93 | Hall, Natasha Lorea | 212 | Shroyer, Henry Lee |
| 94 | Hall, Tammy Lynn | 213 | Springstead, Gary |

| | | | |
|---|---|---|---|
| 95 | Hannum, Lamar | 214 | Stempfley, Eric Shane |
| 96 | Headrick, Sarah | 215 | Swartz, Timothy Allen |
| 97 | Hearon, Faye L. | 216 | Taylor, Barbara Anne |
| 98 | Higgins, Robert L. | 217 | Taylor, Steven Bart |
| 99 | Hilton, Carley B. | 218 | Tipton, Cynthia Anne |
| 100 | Holder, Donald L. | 219 | Tipton, Steve C |
| 101 | Holder, Sharon D | 220 | Urban, Russell J. |
| 102 | Hubbard, Ginger D. | 221 | Valentine, Heidi Kathleen |
| 103 | Hubbard, Harold E. | 222 | Valentine, Robert Craig |
| 104 | Hubbard, Teddy A. | 223 | Waddell, Deborah A. |
| 105 | Hughes, Mary Jane | 224 | Walker, Troy F. |
| 106 | Hurst, Ray Howard | 225 | Wall, Crystal E. |
| 107 | Hurst, Scott Matthew | 226 | Walton, Catheryn R. |
| 108 | Ingle, Sandra L. | 227 | Ward, Gerrit Antoni |
| 109 | Jeffries, Jon M | 228 | Watson, Bob Keith |
| 110 | Jenkins, Donna Gail | 229 | Weaver, Emory F |
| 111 | Jenkins, Terry M. | 230 | Weiland, Jennine C |
| 112 | Jennings, Timothy J. | 231 | Weiland, Nicholas B. |
| 113 | Jensen, Brittany L. | 232 | Weiland, Nicholas B. |
| 114 | Jones, Estate of Dedra F. | 233 | West, Austin |
| 115 | Jones, Estate of Franklin | 234 | Whitehead, Kelsey Beshea |
| 116 | Jones, Geraldine | 235 | Williams, Candace N. |
| 117 | Jones, Jeffrey | 236 | Williams, Clarence J |
| 118 | Jones, Steven | 237 | Williams, Johnathan |
| 119 | Jordan, Nicholas G | | |

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE