UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| CANDY ANGELL *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.: 3:18-CV-313-TAV-DCP |
| | ) | |
| CSX TRANSPORTATION, INC., *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF PRO TANTO DISMISSAL WITH PREJUDICE OF THE CSX DEFENDANTS BY THE CSX NON-CONSENTING PLAINTIFFS

Based on the Court's March 17, 2020 order [Doc. 39] with respect to the 135 Non-Consenting CSX Property Named Plaintiffs, whose claims have been dismissed without prejudice, and because such Plaintiffs have not refiled a claim within sixty (60) days after the Order, or by May 18, 2020, after having received notice of their obligation to do so by correspondence from the Special Master mailed to their last known address on March 20, 2020, such Plaintiffs' claims against CSX Transportation, Inc, Ralph Brackett, and Michael Puckett, (the "CSX Defendants"), are hereby **DISMISSED** with prejudice, costs taxed as paid.

The CSX Non-Consenting Plaintiffs are listed below:

| Plaintiff Number | Plaintiff Name | Plaintiff Number | Plaintiff Name |
|---|---|---|---|
| 1 | Abbott Roy, Patsy | 71 | Lane, Brian |
| 2 | Bock, Ginna | 72 | Loeb, Jan |
| 3 | Brown, Kimberly | 73 | Loveday, Georgia |
| 4 | Brown, Lavrin | 74 | Loveday, Harold |

| | | | |
|---|---|---|---|
| 5 | Bryant, Glenda | 75 | Loveday-Harper, Rebbeca |
| 6 | Bryant, Mary | 76 | Macomber, John |
| 7 | Bryant, Robert | 77 | Marley, Rose M. |
| 8 | Burchfield, Derrick | 78 | Marrero, Migdalia |
| 9 | Burchfield, Lawrence | 79 | McCormick, Amanda |
| 10 | Canaday, Chay | 80 | Miller, Charles |
| 11 | Cantley, Marian | 81 | Moreland, Cameron |
| 12 | Cantley, Robert | 82 | Murphy, Jason |
| 13 | Cates, Linda | 83 | Navarre, Elizabeth |
| 14 | Cleppe, Cindy | 84 | Nelson, Michael |
| 15 | Cleveland, Connie | 85 | Oaks, Christopher |
| 16 | Cleveland, John | 86 | Oaks, Tara |
| 17 | Cochran, Kathy | 87 | Ogle, Michael |
| 18 | Cody, John | 88 | Olsen, Dennis Brandon |
| 19 | Cole, Rachel Leah | 89 | Olsen, Jamie |
| 20 | Cote, Diane | 90 | Parrott, Ashley |
| 21 | Crawford, Krystal | 91 | Perez, Alma |
| 22 | Cutler, Maria | 92 | Perkins, Sabrina |
| 23 | Daniels, Lillian | 93 | Pinner, Megan |
| 24 | Debuty, Donna | 94 | Poland, Serena |
| 25 | Debuty, Jake | 95 | Powers, Dylan |
| 26 | Denton, Luther | 96 | Pruett, Elizabeth |
| 27 | Donaldson, Michael | 97 | Pulley, Felicia |
| 28 | Dotson, Amanda | 98 | Reyna, Samantha |
| 29 | Echoff, Dick | 99 | Ringer, Lin D. |
| 30 | Felix, Jose A. | 100 | Ringer, Michael |
| 31 | Fields, Kenneth | 101 | Rivera, Tonya |
| 32 | Fife, Thomas | 102 | Rogers, Gary Lee Travis |
| 33 | Ford, John | 103 | Ruffo, Marco |
| 34 | Francis, Carley | 104 | Rutherford, Brenda |
| 35 | Frank, Gary | 105 | Shinlever, Lindsey Wade |
| 36 | Frank, Wendy | 106 | Shinlever, Misty |
| 37 | Freshour, Cynthia | 107 | Snores, Charlie |
| 38 | Freshour, Jack | 108 | Statkus, Christina |
| 39 | Fuller, Curtis | 109 | Stegall, Estate of Patricia |
| 40 | Fuller, Derek | 110 | Storey, Gregory Henry |
| 41 | Gamble, Joe | 111 | Tipton, Janice |
| 42 | Gilbert, Whitney | 112 | Tipton, Jon M. |
| 43 | Gomez, Isai | 113 | Tipton, Rowena |
| 44 | Goodman, Briana | 114 | Tullock, Brande |

| | | | | |
|---|---|---|---|---|
| 45 | Goodman, Elizabeth | | 115 | Vess, Raymond |
| 46 | Goodykoontz, April | | 116 | Vess, Terri |
| 47 | Goodykoontz, Steven | | 117 | Vilchez, Jason Henry |
| 48 | Hanley, Heath | | 118 | Wallace, Jeffery |
| 49 | Hardin, Phyllis | | 119 | Wallace, Joshua |
| 50 | Harguth, William | | 120 | Wallace, Trinity |
| 51 | Harrison, Phyllis | | 121 | Walton, Edward |
| 52 | Hatcher, Jerry | | 122 | Ward, Contina |
| 53 | Hatcher, Jonathan | | 123 | Ward, Eugene |
| 54 | Hembree, Gage | | 124 | Ward-Todd, Rhonda |
| 55 | Henry, Mary | | 125 | Warren, Carry |
| 56 | Hickman, Amber | | 126 | Warren, Karen |
| 57 | Hill, Richard | | 127 | Watts, Shelby |
| 58 | Holland, Wanda | | 128 | Watts, William ("Bill") |
| 59 | Howard, Kayla | | 129 | Wheeler, Elizabeth |
| 60 | Huffstetler, Mark | | 130 | Whitehead, Jeffrey Neal |
| 61 | Humphrey, Angel | | 131 | Wilburn, Randy |
| 62 | Humphrey, Wanda | | 132 | Wilson, Jesseca |
| 63 | Hurst, Mike | | 133 | Yanick, Kevin M. |
| 64 | Jackson, Donna Jean | | 134 | Yoakum, Jessica Kaelyn |
| 65 | Jackson, George | | 135 | Yoakum or Young, Bonnie |
| 66 | Johnson, Bailey | | | |
| 67 | Johnson, Cory | | | |
| 68 | Johnson, Pamela | | | |
| 69 | Johnson, Ted | | | |
| 70 | Kazer, Kathi | | | |

The Clerk is **DIRECTED** to close this case.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE